COOLEY LLP
JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
GAVIN L. CHARLSTON (253899) (gcharlston@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

Attorneys for Plaintiff
BitTorrent, Inc.

**FILED**

E-filing

MAY 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**NC**

**CV 12 2525**

| | |
|---|---|
| BITTORRENT, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>BITTORRENT MARKETING GMBH, a limited liability company organized under the laws of Germany,<br><br>        Defendant. | Case No.<br><br>**COMPLAINT FOR:**<br><br>**(1) FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114;**<br><br>**(2) UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125;**<br><br>**(3) UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200, *ET SEQ.*; and**<br><br>**(4) VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT UNDER 15 U.S.C. § 1125(d)**<br><br>**DEMAND FOR JURY TRIAL** |

///

///

///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF

1.

COMPLAINT

1    Plaintiff BitTorrent, Inc. ("Plaintiff" or "BitTorrent") complains and alleges against

2    BitTorrent Marketing GmbH ("Defendant" or "BMG") as follows:

3                                    **THE PARTIES**

4         1.     Plaintiff BitTorrent, Inc. is a corporation organized under the laws of the State of

5    California with its principal place of business at 303 2nd Street, Suite S200, San Francisco,

6    California 94107, United States of America.

7         2.     Defendant BitTorrent Marketing GmbH is a limited liability company organized

8    under the laws of the Federal Republic of Germany with its principal place of business at

9    Friedrichstrasse 200, Berlin 10117, Germany.

10                            **JURISDICTION AND VENUE**

11        3.     This action arises under the federal trademark statute (the "Lanham Act"), 15

12   U.S.C. §1051 *et seq.*

13        4.     This Court has jurisdiction over the subject matter of this action under 15 U.S.C. §

14   1121 and 28 U.S.C. §§ 1331, 1338, and 1367.

15        5.     Plaintiff is informed and believes, and based thereon alleges, that this Court has

16   personal jurisdiction over Defendant because (i) Defendant conducts business within the State of

17   California and this judicial district; (ii) Defendant has caused products to be advertised, promoted,

18   and sold under the BITTORRENT trademark in the State of California and this judicial district;

19   (iii) the causes of action asserted in this Complaint arise out of Defendant's contacts with the

20   State of California and this judicial district; and (iv) Defendant has caused tortious injury to

21   Plaintiff in the State of California and this judicial district.

22        6.     Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and (c)

23   because (i) Defendant conducts business within the State of California and this judicial district;

24   (ii) Defendant has caused products to be advertised, promoted, and sold under the BITTORRENT

25   trademark in the State of California and this judicial district; (iii) the causes of action asserted in

26   this Complaint arise out of Defendant's contacts with the State of California and this judicial

27   district; and (iv) Defendant has caused tortious injury to Plaintiff in the State of California and

28   this judicial district.

**INTRADISTRICT ASSIGNMENT**

7.     This is an Intellectual Property Action to be assigned on a district wide basis pursuant to Civil L.R. 3-2(c).

**FACTUAL BACKGROUND**

**PLAINTIFF'S BUSINESS AND THE BITTORRENT® TRADEMARK**

8.     BitTorrent is one of the world's leading peer-based technology companies. BitTorrent offers advanced, innovative technologies under the BITTORRENT® trademark that enable the efficient delivery of large files across the Internet. Plaintiff's BITTORRENT®-branded products and services are used by hundreds of millions of people in the United States and internationally to find, share, and move digital media. A pioneer in the file-sharing space, BitTorrent is regularly recognized by consumers and industry publications as one of the leading providers of products and services in its field.

9.     Launched in 2001, the BITTORRENT® protocol reduces the server and network impact associated with distributing large files across the Internet. Rather than downloading a file from a single source, the BITTORRENT® protocol allows users to join a "swarm" of hosts to download and upload from each other simultaneously. The protocol provides an alternative to earlier, slower techniques for distributing data, and can operate over networks with lower bandwidth so that many small computers, like mobile phones, are able to efficiently distribute files to many recipients.

10.     Users seeking to utilize the BITTORRENT® protocol to share files online must download and install a compatible "client." A client is an application that accesses a service or protocol made available by a server. Plaintiff (and its predecessor) has offered a client compatible with the BITTORRENT® protocol under the BITTORRENT® trademark in the United States since 2001. Plaintiff also has offered products and services in the United States that assist third parties in delivering digital media content since at least as early as 2007 under the BITTORRENT® and BITTORRENT DNA® trademarks.

11.     Plaintiff and its predecessor have continuously used the inherently distinctive trademark BITTORRENT® to market and distribute file-sharing products and services in the

1   United States since at least as early as 2001. The BITTORRENT® protocol and client were

2   initially released in the United States and internationally by Plaintiff's founder, Bram Cohen, in

3   July 2001. Cohen subsequently incorporated Plaintiff in September 2004 and thereafter assigned

4   all of his right, title, and interest in the BITTORRENT® trademark, together with any goodwill

5   associated therewith, to Plaintiff.

6          12.     Plaintiff has devoted substantial time, effort, and resources to the development and

7   extensive promotion of the BITTORRENT® trademark and the products and services offered

8   thereunder. As a result of Plaintiff's efforts and the superior quality of the products and services

9   offered under the BITTORRENT® trademark, the public has come to recognize and rely upon the

10  BITTORRENT® trademark as an indication of quality software and technology services and the

11  BITTORRENT® trademark enjoys substantial goodwill in the marketplace and is a valuable asset

12  of Plaintiff.

13         13.     On May 8, 2007, the United States Patent & Trademark Office ("PTO") issued

14  U.S. Trademark Registration No. 3,238,849 for the mark BITTORRENT in connection with

15  "[d]ownloadable software for providing access to on-line directories, indices and searchable

16  databases relating to a variety of information and data available on a global computer network."

17  On January 20, 2009, the PTO issued U.S. Trademark Registration No. 3,565,278 for the mark

18  BITTORRENT DNA in connection with ""software for the delivery of other software and of a

19  wide variety of digital content on the Internet; software for providing access to on-line directories,

20  indices and searchable databases relating to a wide variety of information and data available on

21  the Internet" and "computer services, namely, electronic delivery of digital content via the

22  Internet." And on December 8, 2009, the PTO issued U.S. Trademark Registration No. 3,723,778

23  for the BITTORRENT & Wave Design mark in connection with "[s]oftware for providing access

24  to on-line directories, indices and searchable databases relating to a variety of information and

25  data available on a global computer network." These trademark registrations are referred to

26  collectively herein as the "BITTORRENT Registrations." True and correct copies of the

27  registration certificates for the BITTORRENT Registrations are attached as Exhibit A and

28  incorporated by reference as though fully set forth herein.

14.     The BITTORRENT Registrations are in full force and effect on the PTO's Principal Register and give rise to presumptions in favor of Plaintiff with respect to validity, ownership, and exclusive rights to use the BITTORRENT®, BITTORRENT® logo, and BITTORRENT DNA® marks throughout the United States.

15.     Plaintiff has continuously used the BITTORRENT® mark for five consecutive years since the issuance of U.S. Trademark Registration No. 3,238,849, and, as a result, that registration is incontestable pursuant to Section 15 of the Lanham Act, 15 U.S.C. § 1065.

16.     The BITTORRENT® protocol is one of the most commonly used protocols for transferring large files over the Internet. At any given time the BITTORRENT® protocol enjoys more active, online users than Comcast, AT&T, and Time Warner combined, and more monthly active users than Twitter or most web browsers. Plaintiff's BITTORRENT® client alone claimed more than 20 million active users as of January 2012.

17.     As a result of Plaintiff's widespread use of the BITTORRENT® mark in the United States, extensive advertising and promotion of the products and services sold in connection with the BITTORRENT® trademark, and widespread media coverage of Plaintiff's products and services, the BITTORRENT® trademark enjoys a high degree of consumer recognition.

## DEFENDANT'S USE OF THE BITTORRENT TRADEMARK

18.     Defendant has engaged in a calculated effort to challenge and usurp Plaintiff's rights in the BITTORRENT mark since 2003. As in the United States, Plaintiff's founder launched the BITTORRENT® protocol and client internationally in 2001, and the client was downloaded and used by thousands throughout Germany and Europe almost immediately after its launch. Plaintiff first learned of Defendant in early 2003, when Defendant's principal contacted Mr. Cohen to inquire about developing a relationship with the BITTORRENT product and to seek Cohen's permission to register the BITTORRENT.DE domain name in Germany. Cohen refused those overtures, and Defendant (at the time known as DAY Networks Adlassnig & Partner KEG) subsequently secured registration of the BITTORRENT trademark in Germany and the European Community and later incorporated an entity under the name "BitTorrent Marketing GmbH"

1   without the authority of Cohen or Plaintiff. Defendant has since initiated proceedings before the

2   Office for Harmonization of the Internal Market ("OHIM," the European Community trademark

3   authority) to oppose Plaintiff's trademark applications in the European Community seeking

4   registration of Plaintiff's BITTORRENT mark.

5          19.    Defendant has also registered hundreds of domain names consisting of the

6   BITTORRENT trademark or near-identical approximations thereof (including, among others,

7   bittorrent.net, bittorrent.de, bitorrent.com, and bittorrent.info). These domain names are referred

8   to collectively herein as the "Infringing Domain Names." The Infringing Domain Names were

9   registered by Defendant after Plaintiff (or its predecessor) acquired protectable rights in the

10  BITTORRENT® trademark in the United States. A true and correct listing of the Infringing

11  Domain Names and corresponding Whois records are attached hereto as Exhibit B and

12  incorporated by reference as though fully set forth herein.

13         20.    Plaintiff is not the first victim of Defendant's infringement and cybersquatting.

14  Plaintiff is informed and believes, and based thereon alleges, that Defendant has previously

15  attempted to usurp the trademarks owned by well known file sharing companies, including

16  Azureus Marketing GmbH, Aeltis SAS (now Vuze Inc.), Kazaa, Morpheus, and others, through

17  bad faith conduct similar to that at issue here, namely, by registering domain names incorporating

18  the trademarks of those companies or near-identical approximations thereof.

19         21.    As a result of Defendant's infringement of Plaintiff's trademark rights and

20  deceptive and unfair business practices, Plaintiff initiated litigation in Germany against Defendant

21  in early 2010. Those proceedings are currently pending.

22         22.    In early 2012, Plaintiff discovered that Defendant had begun using the

23  BITTORRENT mark in the United States. Defendant's Infringing Domain Names (including

24  bitorrent.com and bitorrent.net) resolve to http://bittorrent.net, a website that prominently features

25  the BITTORRENT trademark at the top of the page ("Defendant's BITTORRENT Website").

26  Defendant's BITTORRENT Website provides links to "The Best Place to Download Music,

27  Movies & Games! 250 times faster!," and offers users "Over 3000 TV channels! Watch anytime

28  you want." A true and correct printout of Defendant's BITTORRENT Website is attached hereto

1 | as Exhibit C and incorporated by reference as though fully set forth herein.

2 | 23. U.S. users who select the links on Defendant's BITTORRENT Website are

3 | redirected to websites enabling them to sign up for a variety of services associated with accessing

4 | and viewing media and online content, including, among others, ultimate-downloadscenter.com

5 | and itvdish-pro.com.

6 | 24. Plaintiff is informed and believes, and based thereon alleges, that Defendant

7 | generates revenue whenever U.S. visitors to Defendant's BITTORRENT Website sign up for the

8 | online websites and services available through that web page.

9 | 25. As a result, Defendant uses the mark BITTORRENT in connection with products

10 | and services related to finding, sharing, and transmitting digital media, and thus competes directly

11 | with Plaintiff's BITTORRENT® protocol and client.

12 | 26. Specifically, Defendant is capitalizing on misdirected users who are seeking to

13 | avail themselves of BitTorrent's products and services and are instead led to Defendant's

14 | BITTORRENT Website (through Defendant's use of the Infringing Domain Names). Users are

15 | then presented with offers to access and download digital media and content that they would

16 | typically find through Plaintiff's BITTORRENT® client and protocol, and likely sign up and pay

17 | for the services available through Defendant's BITTORRENT Website under the misimpression

18 | that such services are offered by, sponsored by, or affiliated with Plaintiff.

19 | 27. Moreover, users who sign up and pay to obtain the services offered through

20 | Defendant's BITTORRENT Website do not in fact receive those services. For example, after

21 | paying over $50 to sign up for ultimate-downloadscenter.com, U.S. users are redirected to third

22 | party websites of other digital media providers, like Netflix.com and Hulu.com, and invited to

23 | sign up for membership with those services as well. Accordingly, Plaintiff is informed and

24 | believes, and based thereon alleges, that Defendant is intentionally using Plaintiff's

25 | BITTORRENT trademark to deceive U.S. consumers into signing up for memberships and other

26 | "services" that do not afford those users any tangible benefit, with knowledge that such conduct is

27 | a result of confusion as to whether those websites are associated with, endorsed by, or sponsored

28 | by Plaintiff.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF

7.

COMPLAINT

1    28.    Defendant has also utilized the Infringing Domain Names to disrupt Plaintiff's

2    business activities. For example, through ownership of domain names like bitorrent.com (which

3    differs by only one letter from the BITTORRENT trademark), Plaintiff is informed and believes

4    and based thereon alleges that Defendant has intercepted confidential correspondence intended

5    for Plaintiff's executives and employees. Plaintiff is informed and believes, and based thereon

6    alleges, that Defendant has utilized this illegally obtained information in order to compete with

7    and offer products and services similar to those offered by Plaintiff under Plaintiff's

8    BITTORRENT® trademark.

9    29.    Plaintiff is informed and believes, and on that basis alleges, that Defendant

10   adopted the BITTORRENT trademark with the intention of capitalizing on the renown and

11   success of Plaintiff's BITTORRENT® protocol and client.

12   30.    Plaintiff is informed and believes, and on that basis alleges, that Defendant

13   adopted the BITTORRENT trademark in an attempt to falsely associate its website and services

14   with Plaintiff in order to trade on the substantial and valuable goodwill that Plaintiff has

15   developed in the marketplace under the famous BITTORRENT® trademark.

16   31.    Defendant's BITTORRENT products and services are offered through the same

17   marketing and trade channels and to the same target customers as Plaintiff's BITTORRENT®

18   protocol and client, namely, the Internet.

19   32.    Plaintiff began using the BITTORRENT® trademark in the United States years

20   prior to Defendant's adoption and use of the BITTORRENT trademark in the United States.

21   Plaintiff also obtained U.S. registrations for the BITTORRENT trademark prior to Defendant's

22   commencement of use of the BITTORRENT mark in the United States.

23   33.    Defendant's use of the BITTORRENT trademark as described herein is likely to

24   cause confusion in the marketplace and infringes Plaintiff's valuable rights in the

25   BITTORRENT® trademark.

26   34.    Defendant's use of the BITTORRENT trademark as described herein creates a

27   false suggestion of an affiliation or connection between Defendant and Plaintiff.

28   ///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF                              8.                              COMPLAINT

1     35.    Plaintiff is not affiliated with Defendant. Plaintiff has not consented to, sponsored,

2    endorsed, or approved of Defendant's use of the BITTORRENT trademark in connection with the

3    production, marketing, or sale of any products or services.

4     36.    On information and belief, Defendant's actions are willful and reflect an intent to

5    confuse consumers and profit from the goodwill and consumer recognition associated with

6    Plaintiff and its BITTORRENT® trademark.

7                  **FIRST CAUSE OF ACTION**

8     **FEDERAL TRADEMARK INFRINGEMENT UNDER 15 U.S.C. § 1114**

9     37.    Plaintiff realleges and incorporates herein by reference paragraphs 1 through 36 of

10   this Complaint as if fully set forth here.

11     38.    The BITTORRENT® trademark is an inherently distinctive, strong, valid, and

12   protectable trademark owned by Plaintiff.

13     39.    Plaintiff is informed and believes, and on that basis alleges, that Defendant has

14   marketed and sold in commerce products and services under the identical and confusingly similar

15   BITTORRENT trademark.

16     40.    Defendant's use of the BITTORRENT trademark in connection with its file

17   sharing and viewing products and services is likely to cause confusion, mistake, or deception as to

18   the source or sponsorship of the products and/or is likely to lead the consuming public to believe

19   that Plaintiff has authorized, approved, or somehow sponsored Defendant's products and services.

20     41.    The actions of Defendant described above and specifically, without limitation,

21   Defendant's use of the confusingly similar BITTORRENT trademark on its products and services

22   constitutes trademark infringement in violation of 15 U.S.C. § 1114.

23     42.    Plaintiff has been, and will continue to be, damaged and irreparably harmed by the

24   actions of the Defendant, which will continue unless Defendant is enjoined by this Court.

25   Plaintiff has no adequate remedy at law in that the amount of damage to Plaintiff's business and

26   reputation and the diminution of the goodwill of the BITTORRENT® trademark are difficult to

27   ascertain with specificity. Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C.

28   § 1116.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF               9.                  **COMPLAINT**

43.     Plaintiff is entitled to recover damages in an amount to be determined at trial and the profits made by Defendant on the sales of any products and services through Defendant's BITTORRENT website in the United States.  Furthermore, Plaintiff is informed and believes, and on that basis alleges, that the actions of Defendant were undertaken willfully and with the intention of causing confusion, mistake, and deception, making this an exceptional case entitling Plaintiff to recover treble damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1117, as well as prejudgment interest.

## SECOND CAUSE OF ACTION

## FEDERAL UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125

44.     Plaintiff realleges and incorporates herein by this reference paragraphs 1 through 43 of this Complaint as if fully set forth here.

45.     Defendant has used in commerce and without Plaintiff's authorization or consent the BITTORRENT trademark, which is identical to Plaintiff's registered and common law BITTORRENT trademark.

46.     Defendant's actions as described herein are likely to cause confusion and deception among the consuming public and is likely to lead the consuming public to believe that Plaintiff has authorized, approved, or somehow sponsored Defendant's use of the BITTORRENT trademark.

47.     Defendant's actions constitute unfair competition and false designation of origin in violation of 15 U.S.C. § 1125(a).

48.     Plaintiff has been, and will continue to be, damaged and irreparably harmed by the actions of Defendant, which will continue unless Defendant is enjoined by this Court.  Plaintiff has no adequate remedy at law in that the amount of damage to Plaintiff's business and reputation and the diminution of the goodwill of the BITTORRENT® trademark are difficult to ascertain with specificity.  Plaintiff is therefore entitled to injunctive relief pursuant to 15 U.S.C. § 1116.

49.     Plaintiff is entitled to recover damages in an amount to be determined at trial and profits made by Defendant on the sales of any products and services through Defendant's

1   BITTORRENT website.  Furthermore, Plaintiff is informed and believes, and on that basis

2   alleges, that the actions of Defendant were undertaken willfully and with the intention of causing

3   confusion, mistake, deception, making this an exceptional case entitling Plaintiff to recover treble

4   damages, reasonable attorneys' fees, and costs pursuant to 15 U.S.C. § 1117, as well as

5   prejudgment interest.

6                                   **THIRD CAUSE OF ACTION**

7        **UNFAIR COMPETITION UNDER CAL. BUS. & PROF. CODE § 17200, *ET SEQ.***

8        50.    Plaintiff realleges and incorporates herein by this reference paragraphs 1 through

9   49 of this Complaint as if fully set forth here.

10       51.    By the acts described herein, Defendant has engaged in unlawful and unfair

11  business practices that have injured and will continue to injure Plaintiff's business and property in

12  violation of Cal. Bus. & Prof. Code § 17200, *et seq.*

13       52.    Defendant's acts alleged herein have caused monetary damages to Plaintiff in an

14  amount to be proven at trial.

15       53.    Defendant's acts have caused, and will continue to cause, irreparable injury to

16  Plaintiff and its business, reputation, and trademarks, unless and until Defendant is permanently

17  enjoined.

18       54.    As a direct and proximate result of Defendant's conduct alleged herein, Defendant

19  has been unjustly enriched and should be ordered to disgorge any and all profits earned as a result

20  of such unlawful conduct.

21                                  **FOURTH CAUSE OF ACTION**

22       **VIOLATION OF THE ANTI-CYBERSQUATTING CONSUMER PROTECTION ACT**

23                                  **UNDER 15 U.S.C. § 1125(d)**

24       55.    Plaintiff realleges and incorporates herein by this reference paragraphs 1 through

25  54 of this Complaint as if fully set forth here.

26       56.    Plaintiff began using the distinctive and renowned BITTORRENT® mark years

27  prior to Defendant's acquisition of the Infringing Domain Names.  By the time Defendant

28  acquired the Infringing Domain Names, Plaintiff owned protectable U.S. rights in the

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF                                      11.                                      **COMPLAINT**

1  BITTORRENT® mark and the BITTORRENT® mark was widely recognized as an indicator of

2  source for Plaintiff's products and services.

3      57.    BitTorrent is informed and believes and based thereon alleges that Defendant

4  acquired and subsequently made use of the Infringing Domain Names to drive traffic to

5  Defendant's websites and promote products and services that generate revenue for Defendant.

6      58.    The Infringing Domain Names are identical and/or confusingly similar to the

7  BITTORRENT® mark.

8      59.    Plaintiff is informed and believes and based thereon alleges that Defendant

9  acquired and has used the Infringing Domain Names with a bad faith intent to profit from

10  Plaintiff's BITTORRENT® mark.

11     60.    Plaintiff has been, and will continue to be, damaged and irreparably harmed by the

12  actions of Defendant, which will continue unless Defendant is enjoined by this Court. Plaintiff

13  has no adequate remedy at law in that the amount of damage to Plaintiff's business and reputation

14  and the diminution of the goodwill of the BITTORRENT® trademark is difficult to ascertain with

15  specificity.

16     61.    Plaintiff is entitled to cancellation of the Infringing Domain Names, or transfer of

17  the Infringing Domain Names to BitTorrent, along with monetary compensation and statutory

18  penalties pursuant to the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

19                              **PRAYER FOR RELIEF**

20      WHEREFORE, Plaintiff requests the following relief:

21      A.     That Plaintiff be granted preliminary and permanent injunctive relief under 15

22  U.S.C. § 1051 *et seq.* and California Business and Professions Code §§ 14247 and 17200 *et seq*;

23  specifically, that Defendant and all of its respective officers, agents, servants, representatives,

24  employees, attorneys, parent and subsidiary corporations, assigns and successors in interest, and

25  all other persons acting in concert with it be preliminarily and permanently enjoined from (i)

26  using the BITTORRENT mark, or any mark confusingly similar, in connection with the

27  marketing, promotion, advertising, sale, or distribution of any products and services and (ii) from

28  any acts of infringement of Plaintiff's BITTORRENT® trademark.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1267322 /SF                              12.                              COMPLAINT

1      B.    That Defendant file, within ten (10) days from entry of an injunction, a declaration

2    with this Court signed under penalty of perjury certifying the manner in which Defendant has

3    complied with the terms of the injunction;

4      C.    That Defendant be adjudged to have violated 15 U.S.C. § 1114 by infringing

5    Plaintiff's BITTORRENT® trademark;

6      D.    That Defendant be adjudged to have violated 15 U.S.C. § 1125(a) for unfairly

7    competing against Plaintiff by using a false designation of origin for Defendant's infringing

8    website;

9      E.    That Defendant be adjudged to unlawfully and unfairly compete against Plaintiff

10    under the laws of the State of California, Cal. Bus. & Prof. Code § 17200, *et seq.*;

11      F.    That this Court order the registrar(s) of the Infringing Domain Names to cancel or

12    transfer the registrations to BitTorrent;

13      G.    That Plaintiff be awarded statutory damages of $100,000 for each of the Infringing

14    Domain Names registered by Defendant;

15      H.    That Plaintiff be awarded Defendant's profits derived by reason of said acts, or as

16    determined by said accounting;

17      I.    That Plaintiff be awarded three times Defendant's profits and three times of all

18    Plaintiff's damages, suffered as a result of Defendant's willful, intentional, and deliberate acts in

19    violation of the Lanham Act, as well as Plaintiff's costs, attorneys' fees, and expenses in this suit

20    under 15 U.S.C. § 1117;

21      J.    That Plaintiff be awarded damages in an amount sufficient to compensate it for the

22    damage caused by Defendant's unfair competition under Cal. Bus. & Prof. Code § § 17200 *et seq*;

23      K.    That Plaintiff be awarded three times Defendant's profits and three times

24    Plaintiff's damages suffered as a result of the willful, intentional, and deliberate acts in violation

25    of Cal. Bus. & Prof. Code §§ 14247 and 14250;

26      L.    That Plaintiff be granted prejudgment and post judgment interest;

27      M.    That Plaintiff be granted costs associated with the prosecution of this action; and

28    ///

1    N.    That Plaintiff be granted such further relief as the Court may deem just and

2    equitable.

3                              **DEMAND FOR JURY TRIAL**

4         Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a

5    trial by jury of all issues triable of right by a jury.

6

7    Dated: May 16, 2012                    COOLEY LLP
                                            JOHN W. CRITTENDEN (101634)
8                                           GAVIN L. CHARLSTON (253899)

9

10   _____

11   John W. Crittenden
     Attorneys for Plaintiff BitTorrent, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,238,849
Registered May 8, 2007

## TRADEMARK
## PRINCIPAL REGISTER

# BITTORRENT

BITTORRENT, INC. (CALIFORNIA CORPORA-
TION)
2325 3RD STREET, SUITE 218
SAN FRANCISCO, CA 94107

FOR: DOWNLOADABLE SOFTWARE FOR PRO-
VIDING ACCESS TO ON-LINE DIRECTORIES, IN-
DICES AND SEARCHABLE DATABASES
RELATING TO A VARIETY OF INFORMATION
AND DATA AVAILABLE ON A GLOBAL COMPU-
TER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 10-1-2001; IN COMMERCE 10-1-2001.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-530,048, FILED 12-9-2004.

AMY HELLA, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,723,778**  BITTORRENT, INC. (CALIFORNIA CORPORATION)
Registered Dec. 8, 2009  612 HOWARD STREET, SUITE 400
SAN FRANCISCO, CA 94105

**Int. Cl.: 9**  FOR: SOFTWARE FOR PROVIDING ACCESS TO ON-LINE DIRECTORIES, INDICES AND
SEARCHABLE DATABASES RELATING TO A VARIETY OF INFORMATION AND DATA
AVAILABLE ON A GLOBAL COMPUTER NETWORK, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
**TRADEMARK**  AND 38).
**PRINCIPAL REGISTER**

FIRST USE 3-0-2006; IN COMMERCE 3-0-2006.

THE MARK CONSISTS OF THE WORD "BITTORRENT" WITH THE DESIGN OF STYLIZED
DEPICTION OF A WAVE INSIDE A SQUARE WITH ROUNDED CORNERS TO THE LEFT
OF THE WORDING.

SN 78-530,207, FILED 12-9-2004.

AMY HELLA, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cls.: 9 and 38

Prior U.S. Cls.: 21, 23, 26, 36, 38, 100, 101, and 104

**United States Patent and Trademark Office**

Reg. No. 3,565,278
Registered Jan. 20, 2009

**TRADEMARK**
**SERVICE MARK**
**PRINCIPAL REGISTER**

# BITTORRENT DNA

BITTORRENT, INC. (CALIFORNIA CORPORA-
TION)

201 MISSION STREET, SUITE 900

SAN FRANCISCO, CA 94105

FOR: SOFTWARE FOR THE DELIVERY OF
OTHER SOFTWARE AND OF A WIDE VARIETY
OF DIGITAL CONTENT ON THE INTERNET; SOFT-
WARE FOR PROVIDING ACCESS TO ON-LINE
DIRECTORIES, INDICES AND SEARCHABLE DA-
TABASES RELATING TO A WIDE VARIETY OF
INFORMATION AND DATA AVAILABLE ON THE
INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

FOR: COMPUTER SERVICES, NAMELY, ELEC-
TRONIC DELIVERY OF DIGITAL CONTENT VIA
THE INTERNET, IN CLASS 38 (U.S. CLS. 100, 101
AND 104).

FIRST USE 10-0-2007; IN COMMERCE 10-0-2007.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,238,849.

SN 77-149,770, FILED 4-5-2007.

JACLYN KIDWELL, EXAMINING ATTORNEY

EXHIBIT B

**DomainTools**

You are logged in as gavincharlston_1901   **Upgrade Your Account**   Log out  |  Help

| Enter search term... | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   **Name Server Report**   **Reverse IP**   DNS Tools

Return to My Reverse Whois Reports                                                        Save as .CSV

**Reverse Whois Report Preview ("bittorrent" AND "hochmann")**          **Report Compiled: 5/16/2012**

| # | Domain | Whois Record |
|---|--------|--------------|
| 1 | BIT-TORENT.COM | Current |
| 2 | BIT-TORENT.DE | Current |
| 3 | BIT-TORRENT.AT | Current |
| 4 | BIT-TORRENT.COM | Current |
| 5 | BITORENT.AT | Current |
| 6 | BITORENT.CH | Current |
| 7 | BITORENT.COM | Current |
| 8 | BITORENT.DE | Current |
| 9 | BITORENT.NET | Current |
| 10 | BITORENT.ORG | Current |
| 11 | BITORET.COM | Current |
| 12 | BITORREN.COM | Current |
| 13 | BITORRENT.AT | Current |
| 14 | BITORRENT.CH | Current |
| 15 | BITORRENT.COM | Current |
| 16 | BITORRENT.DE | Current |
| 17 | BITORRENT.NET | Current |
| 18 | BITORRENT.ORG | Current |
| 19 | BITORRET.COM | Current |
| 20 | BITT-TORRENT.COM | Current |
| 21 | BITTOREN.COM | Current |
| 22 | BITTORENT.AT | Current |
| 23 | BITTORENT.CH | Current |
| 24 | BITTORENT.COM | Current |
| 25 | BITTORENT.NET | Current |
| 26 | BITTORENT.ORG | Current |
| 27 | BITTORET.COM | Current |
| 28 | BITTORET.DE | Current |
| 29 | BITTORNET.DE | Current |
| 30 | BITTORREN.DE | Current |
| 31 | BITTORREND.COM | Current |
| 32 | BITTORRENT.ASIA | Current |
| 33 | BITTORRENT.AT | Current |
| 34 | BITTORRENT.CH | Current |

| 35 | BITTORRENT.DE | Current |
| 36 | BITTORRENT.FR | Current |
| 37 | BITTORRENT.INFO | Current |
| 38 | BITTORRENT.MOBI | Current |
| 39 | BITTORRENT.NET | Current |
| 40 | BITTORRENT.PL | Current |
| 41 | BITTORRENT.TEL | Current |
| 42 | BITTORRENT.TV | Current |
| 43 | BITTORRENTS.DE | Current |
| 44 | BITTORRET.COM | Current |
| 45 | BITTORRET.DE | Current |
| 46 | BITTORRET.NET | Current |
| 47 | BITTORRET.ORG | Current |
| 48 | BITTORRNET.DE | Current |
| 49 | BITTTORRENT.COM | Current |
| 50 | BTORRENT.DE | Current |
| 51 | WWW-BITTORRENT.COM | Current |
| 52 | WWW-BITTORRENT.DE | Current |
| 53 | WWWBITTORRENT.COM | Current |
| 54 | WWWBITTORRENT.DE | Current |

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

* Access is unlimited for reasonable levels of human, unscripted use, as defined in our Terms of Service.



5/16/2012 10:58 AM

You are logged in as gavincharlston_1901   **Upgrade Your Account** | **Log out** | **Help**

 **DomainTools**

| bit-torent.com | Whois Search | **Search** |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Hosting History**   **Screenshot History**   **Name Server Report**   **Reverse IP**   **DNS Tools**

## Bit-Torent.com Whois Record

**Acquire this Domain Name**                    Tweet        Like

Search Whois Records   bit-torent.com              **Search**

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: **office@bittorrent.net** is associated with about 49 domains
Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
IP History: **3 changes** on 3 unique IP addresses over 8 years.
Whois History: **36 records** have been archived since 2004-12-21 .
Reverse IP: **54 other sites** hosted on this server.

**M Monitor This Domain Name**

 WHOIS FOR WINDOWS USERS  → Get it NOW  FREE LOOKUP TOOL  DomainTools

```
domain:         bit-torent.com
status:         LOCK
owner-c:        LULU-10402880
admin-c:        LULU-10402882
tech-c:         LULU-10402882
zone-c:         LULU-10402882
nserver:        ns1.bittorrent.net
nserver:        ns2.bittorrent.net
created:        2003-05-18 15:38:35
expire:         2012-05-18 15:38:35 (registry time)
changed:        2011-05-20 06:37:15

[owner-c] handle:     10402880
[owner-c] type:       ORG
[owner-c] title:
[owner-c] fname:      Bittorrent
[owner-c] lname:      Marketing GmbH
[owner-c] org:        Bittorrent Marketing GmbH
[owner-c] address:    Friedrichstrasse 200
[owner-c] city:       Berlin
[owner-c] pcode:      10117
[owner-c] country:    DE
[owner-c] state:      Berlin
[owner-c] phone:      +49-800-932374
[owner-c] fax:        +49-800-932375
[owner-c] email:      office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:     10402882
[admin-c] type:       PERSON
[admin-c] title:
[admin-c] fname:      Harald
[admin-c] lname:      Hochmann
[admin-c] org:        Bittorrent Marketing GmbH
[admin-c] address:    Friedrichstrasse 200
[admin-c] city:       Berlin
[admin-c] pcode:      10117
[admin-c] country:    DE
[admin-c] state:      Berlin
[admin-c] phone:      +49-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
[admin-c] fax:        +49-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
[admin-c] email:      office@bittorrent.net

[admin-c] protection: B
```



Image Supplied by DomainTools.com

Last checked January 20, 2012

**Queue Screenshot for Update**

**You the smart one? Let us show you the job you dream of**

 **GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50**

**Country TLDs**    **General TLDs**

Available domains for registration:

| | |
|---|---|
| Bit-Torent.**at** | Register |
| Bit-Torent.**be** | Register |
| Bit-Torent.**ch** | Register |
| Bit-Torent.**cn** | Register |
| Bit-Torent.**co.uk** | Register |
| Bit-Torent.**dk** | Register |
| Bit-Torent.**es** | Register |
| Bit-Torent.**eu** | Register |
| Bit-Torent.**fr** | Register |
| Bit-Torent.**in** | Register |

**Register All Selected >**        **Show all (17) >**

```
[admin-c] updated:      2011-10-31 06:11:10

[tech-c] handle:        10402882
[tech-c] type:          PERSON
[tech-c] title:
[tech-c] fname:         Harald
[tech-c] lname:         Hochmann
[tech-c] org:           Bittorrent Marketing GmbH
[tech-c] address:       Friedrichstrasse 200
[tech-c] city:          Berlin
[tech-c] pcode:         10117
[tech-c] country:       DE
[tech-c] state:         Berlin
[tech-c] phone:         +49-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
[tech-c] fax:           +49-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
[tech-c] email:         office@bittorrent.net

[tech-c] protection:    B
[tech-c] updated:       2011-10-31 06:11:10

[zone-c] handle:        10402882
[zone-c] type:          PERSON
[zone-c] title:
[zone-c] fname:         Harald
[zone-c] lname:         Hochmann
 zone-c] org:           Bittorrent Marketing GmbH
[zone-c] address:       Friedrichstrasse 200
[zone-c] city:          Berlin
[zone-c] pcode:         10117
[zone-c] country:       DE
[zone-c] state:         Berlin
[zone-c] phone:         +49-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
[zone-c] fax:           +49-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
[zone-c] email:         office@bittorrent.net

[zone-c] protection:    B
[zone-c] updated:       2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account  |  Log out  |  Help

## DomainTools

bit-torent.de    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Bit-Torent.de Whois Record

Acquire this Domain Name    Tweet    Like

Search Whois Records    bit-torent.de    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search: office@bittorrent.net  is associated with about 49 domains

Whois History:  21 records  have been archived since 2008-12-07 .
Reverse IP:  54 other sites  hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record      ➜ Get it NOW
Database Available      DomainTools



Last checked March 30, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



GRAB YOUR IT DOMAIN
FOR ONLY 5EUR / $7.50*

```
Domain: bit-torent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-05-15T23:35:26+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| Bit-Torent.at | Register |
| Bit-Torent.be | Register |
| Bit-Torent.ch | Register |
| Bit-Torent.cn | Register |
| Bit-Torent.co.uk | Register |
| Bit-Torent.dk | Register |
| Bit-Torent.es | Register |
| Bit-Torent.eu | Register |
| Bit-Torent.fr | Register |
| Bit-Torent.in | Register |

Register All Selected >    Show all (17) >

### Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account  |  Log out  |  Help

## DomainTools

bit-torrent.at | Whois Search | **Search**

**Overview**   Whois Lookup   **Reverse Whois**   Whois History   Hosting History   Screenshot History   Name Server Report   **Reverse IP**   DNS Tools

### Bit-Torrent.at Whois Record

Acquire this Domain Name

Tweet   Like

Search Whois Records   bit-torrent.at      Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

Whois Record   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us show you the job you dream of

## Whois Record

**Related Domains For Sale or At Auction**                    1  2  3  More >

AceTorrent.com ($1,195)         SoftTorrent.com ($1,800)         MoreTorrent.com ($595)
PublicTorrent.com ($350)        TorrentStar.com ($1,195)         TorrentFarm.com ($1,195)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains
Whois History: 28 records have been archived since 2008-12-13 .
Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

```
domain:          bit-torrent.at
registrant:      BMG5468309-NICAT
admin-c:         BMG5468310-NICAT
tech-c:          BMG5468310-NICAT
nserver:         ns1.bittorrent.net
remarks:         82.96.117.10
nserver:         ns2.bittorrent.net
remarks:         82.96.86.21
changed:         20090720 11:37:39
source:          AT-DOM

personname:      Bittorrent Marketing GmbH
organization:    Bittorrent Marketing GmbH
street address:  Friedrichstrasse 200
postal code:     10117
city:            Berlin
country:         Germany
phone:           +493022335574
fax-no:          +493022335575
e-mail:          office@bittorrent.net

nic-hdl:         BMG5468309-NICAT
changed:         20090720 11:27:50
source:          AT-DOM

personname:      Harald Hochmann
organization:    Bittorrent Marketing GmbH
street address:  Friedrichstrasse 200
postal code:     10117
city:            Berlin
country:         Germany
phone:           +493022335574
fax-no:          +493022335575
e-mail:          office@bittorrent.net

nic-hdl:         BMG5468310-NICAT
changed:         20090720 11:27:56
source:          AT-DOM
```

Backorder This Domain



**Country TLDs**      **General TLDs**

Available domains for registration:

| | | |
|---|---|---|
| ☐ | Bit-Torrent.be | Register |
| ☐ | Bit-Torrent.ch | Register |
| ☐ | Bit-Torrent.cn | Register |
| ☐ | Bit-Torrent.dk | Register |
| ☐ | Bit-Torrent.eu | Register |
| ☐ | Bit-Torrent.mx | Register |
| ☐ | Bit-Torrent.se | Register |
| ☐ | Bit-Torrent.tw | Register |

Register All Selected >



$99 / month
TRY SEOmoz FREE!

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bit-torrent.com | Whois Search | **Search**

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Bit-Torrent.com Whois Record

Acquire this Domain Name         Tweet   Like

Search Whois Records   bit-torrent.com          **Search**

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**          1  2  3  More >

MainTorrent.com ($1,000)       TorrentData.com ($1,686)       HotTorrent.com ($980)
CashTorrent.com ($1,095)       SoftTorrent.com ($1,800)       ForumTorrent.com ($1,595)

| | |
|---|---|
| Reverse Whois: | "Bittorrent Marketing GmbH" owns about 54 other domains |
| Email Search: | office@bittorrent.net is associated with about 49 domains |
| Registrar History: | 3 registrars |
| NS History: | 3 changes on 4 unique name servers over 10 years. |
| IP History: | 7 changes on 5 unique IP addresses over 8 years. |
| Whois History: | 60 records have been archived since 2003-05-23 . |
| Reverse IP: | 54 other sites hosted on this server. |

Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>



Last checked March 07, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of

```
domain:                 bit-torrent.com
status:                 LOCK
owner-c:                LULU-10402880
admin-c:                LULU-10402882
tech-c:                 LULU-10402882
zone-c:                 LULU-10402882
nserver:                ns1.bittorrent.net
nserver:                ns2.bittorrent.net
created:                2002-11-27 01:05:57
expire:                 2012-11-27 01:05:57 (registry time)
changed:                2011-11-28 06:36:45

[owner-c] handle:       10402880
[owner-c] type:         ORG
[owner-c] title:
[owner-c] fname:        Bittorrent
[owner-c] lname:        Marketing GmbH
[owner-c] org:          Bittorrent Marketing GmbH
[owner-c] address:      Friedrichstrasse 200
[owner-c] city:         Berlin
[owner-c] pcode:        10117
[owner-c] country:      DE
[owner-c] state:        Berlin
[owner-c] phone:        +49-800-932374
[owner-c] fax:          +49-800-932375
[owner-c] email:        office@bittorrent.net

[owner-c] protection:   A
[owner-c] updated:      2011-10-31 06:11:08

[admin-c] handle:       10402882
[admin-c] type:         PERSON
[admin-c] title:
[admin-c] fname:        Harald
[admin-c] lname:        Hochmann
[admin-c] org:          Bittorrent Marketing GmbH
[admin-c] address:      Friedrichstrasse 200
[admin-c] city:         Berlin
[admin-c] pcode:        10117
[admin-c] country:      DE
```


GRAB YOUR .ES DOMAIN
FOR ONLY 5 EUR / $7.50*

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| Bit-Torrent.be | Register |
| Bit-Torrent.ch | Register |
| Bit-Torrent.cn | Register |
| Bit-Torrent.dk | Register |
| Bit-Torrent.eu | Register |
| Bit-Torrent.mx | Register |
| Bit-Torrent.se | Register |
| Bit-Torrent.tw | Register |

Register All Selected >


$9/month
TRY SEOmoz FREE!

```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



## DomainTools

bitorent.at          Whois Search          Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitOrent.at Whois Record ✎

Acquire this Domain Name          Tweet     Like

Search Whois Records   bitorent.at          Search

Whois Record   Site Profile   Registration   Server Stats   My Whois



### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains
Whois History: 28 records have been archived since 2006-12-27 .
Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

### DomainTools for Windows®
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

Last checked March 26, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



```
domain:         bitorent.at
registrant:     BMG5468309-NICAT
admin-c:        BMG5468310-NICAT
tech-c:         BMG5468310-NICAT
nserver:        ns1.bittorrent.net
remarks:        82.96.117.10
nserver:        ns2.bittorrent.net
remarks:        82.96.86.21
changed:        20090720 11:47:14
source:         AT-DOM

personname:     Bittorrent Marketing GmbH
organization:   Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:    10117
city:           Berlin
country:        Germany
phone:          +493022335574
fax-no:         +493022335575
e-mail:         office@bittorent.net

nic-hdl:        BMG5468309-NICAT
changed:        20090720 11:27:50
source:         AT-DOM

personname:     Harald Hochmann
organization:   Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:    10117
city:           Berlin
country:        Germany
phone:          +493022335574
fax-no:         +493022335575
e-mail:         office@bittorent.net

nic-hdl:        BMG5468310-NICAT
changed:        20090720 11:27:56
source:         AT-DOM
```

Backorder This Domain

Country TLDs     General TLDs

Available domains for registration:

| | | |
|---|---|---|
| BitOrent.cn | | Register |
| BitOrent.es | | Register |
| BitOrent.su | | Register |
| BitOrent.fr | | Register |
| BitOrent.in | | Register |
| BitOrent.it | | Register |
| BitOrent.jp | | Register |
| BitOrent.mx | | Register |
| BitOrent.se | | Register |
| BitOrent.tw | | Register |

Register All Selected >

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bitorent.ch    Whois Search    Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

### BitOrent.ch Whois Record ✎

Acquire this Domain Name    Tweet    Like

Search Whois Records    bitorent.ch    Search

Add Missing Screenshot:
Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

#### Whois Record

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Whois History:  28 records have been archived since 2008-12-10 .
Reverse IP:  976 other sites hosted on this server.

M   Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>

```
Domain name:
bitorent.ch

Holder of domain name:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany
Contractual Language: German

Technical contact:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany

DNSSEC:N

Name servers:
ns1.day.biz
ns2.day.biz
```

Backorder This Domain

GRAB YOUR .DE-DOMAIN
FOR ONLY 4EUR / \$6.00*

Country TLDs    General TLDs

Available domains for registration:

BitOrent.cn    Register
BitOrent.es    Register
BitOrent.eu    Register
BitOrent.fr    Register
BitOrent.in    Register
BitOrent.it    Register
BitOrent.jp    Register
BitOrent.mx    Register
BitOrent.se    Register
BitOrent.tw    Register

Register All Selected >

\$00 / month
TRY SEOmoz FREE!

**Whois Directory**

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store



You are logged in as gavincharlston_1901   Upgrade Your Account  |  Log out  |  Help

| bitorent.com | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitOrent.com Whois Record ✎

Acquire this Domain Name               Tweet      Like

Search Whois Records   bitorent.com               **Search**

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

| | |
|---|---|
| Reverse Whois: | "Bittorrent Marketing GmbH" owns about **54 other domains** |
| Email Search: | office@bittorrent.net is associated with about 49 domains |
| Registrar History: | **2 registrars** |
| NS History: | **2 changes** on 3 unique name servers over 9 years. |
| IP History: | **4 changes** on 3 unique IP addresses over 8 years. |
| Whois History: | **41 records** have been archived since 2005-04-08 . |
| Reverse IP: | **676 other sites** hosted on this server. |

🔍 Monitor This Domain Name.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>



Last checked March 15, 2012

Queue Screenshot for Update

**You the smart one?** Let us show you the job you dream of



GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50*

```
domain:       bitorent.com
status:       LOCK
owner-c:      LULU-10402880
admin-c:      LULU-10402882
tech-c:       LULU-10402882
zone-c:       LULU-10402882
nserver:      ns1.bittorrent.net
nserver:      ns2.bittorrent.net
created:      2003-04-17 17:24:21
expire:       2013-04-17 17:24:21 (registry time)
changed:      2012-04-19 06:07:44

[owner-c] handle:      10402880
[owner-c] type:        ORG
[owner-c] title:
[owner-c] fname:       Bittorrent
[owner-c] lname:       Marketing GmbH
[owner-c] org:         Bittorrent Marketing GmbH
[owner-c] address:     Friedrichstrasse 200
[owner-c] city:        Berlin
[owner-c] pcode:       10117
[owner-c] country:     DE
[owner-c] state:       Berlin
[owner-c] phone:       +49-800-932374
[owner-c] fax:         +49-800-932375
[owner-c] email:       office@bittorrent.net

[owner-c] protection:  A
[owner-c] updated:     2011-10-31 06:11:08

[admin-c] handle:      10402882
[admin-c] type:        PERSON
[admin-c] title:
[admin-c] fname:       Harald
[admin-c] lname:       Hochmann
[admin-c] org:         Bittorrent Marketing GmbH
[admin-c] address:     Friedrichstrasse 200
[admin-c] city:        Berlin
[admin-c] pcode:       10117
[admin-c] country:     DE
[admin-c] state:       Berlin
[admin-c] phone:       +49-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
[admin-c] fax:         +49-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
[admin-c] email:       office@bittorrent.net

[admin-c] protection:  B
```

Country TLDs    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| 📄 BitOrent.cn | | Register |
| 📄 BitOrent.es | | Register |
| 📄 BitOrent.eu | | Register |
| 📄 BitOrent.it | | Register |
| 📄 BitOrent.in | | Register |
| 📄 BitOrent.li | | Register |
| 📄 BitOrent.lo | | Register |
| 📄 BitOrent.mx | | Register |
| 📄 BitOrent.se | | Register |
| 📄 BitOrent.tw | | Register |

Register All Selected >

```
[admin-c] updated:      2011-10-31 06:11:10

[tech-c] handle:        10402882
[tech-c] type:          PERSON
[tech-c] title:
[tech-c] fname:         Harald
[tech-c] lname:         Hochmann
[tech-c] org:           Bittorrent Marketing GmbH
[tech-c] address:       Friedrichstrasse 200
[tech-c] city:          Berlin
[tech-c] pcode:         10117
[tech-c] country:       DE
[tech-c] state:         Berlin
[tech-c] phone:         +49-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
[tech-c] fax:           +49-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
[tech-c] email:         office@bittorrent.net

[tech-c] protection:    B
[tech-c] updated:       2011-10-31 06:11:10

[zone-c] handle:        10402882
[zone-c] type:          PERSON
[zone-c] title:
[zone-c] fname:         Harald
[zone-c] lname:         Hochmann
[zone-c] org:           Bittorrent Marketing GmbH
[zone-c] address:       Friedrichstrasse 200
[zone-c] city:          Berlin
[zone-c] pcode:         10117
[zone-c] country:       DE
[zone-c] state:         Berlin
[zone-c] phone:         +49-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
[zone-c] fax:           +49-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
[zone-c] email:         office@bittorrent.net

[zone-c] protection:    B
[zone-c] updated:       2011-10-31 06:11:10
```



Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bitorent.de | Whois Search | Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

### BitOrent.de Whois Record ✎

Acquire this Domain Name

Tweet   Like

**Add Missing Screenshot:**
Queue Screenshot For Addition

Search Whois Records  bitorent.de          Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**

Email Search: office@bittorrent.net  is associated with about 49 domains

Whois History: **28 records** have been archived since 2008-12-07 .

Reverse IP: **54 other sites** hosted on this server.

🄼 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>

**GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50***

Country TLDs   General TLDs

Available domains for registration:

☐ BitOrent.cn        Register
☐ BitOrent.es        Register
☐ BitOrent.gu        Register
☐ BitOrent.it        Register
☐ BitOrent.in        Register
☐ BitOrent.it        Register
☐ BitOrent.ip        Register
☐ BitOrent.mx        Register
☐ BitOrent.se        Register
☐ BitOrent.tw        Register

Register All Selected >

```
Domain: bitorent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-04-15T09:16:50+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

solve your SEO puzzle
**TRY SEOmoz PRO**

Backorder This Domain

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

bitorent.net   Whois Search   **Search**

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitOrent.net Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records   bitorent.net          Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

| | |
|---|---|
| Reverse Whois: | "Bittorrent Marketing GmbH" owns about 54 other domains |
| Email Search: | office@bittorrent.net is associated with about 49 domains |
| Registrar History: | 2 registrars |
| NS History: | 2 changes on 3 unique name servers over 9 years. |
| IP History: | 3 changes on 3 unique IP addresses over 7 years. |
| Whois History: | 60 records have been archived since 2005-07-12 . |
| Reverse IP: | 54 other sites hosted on this server. |

**M** Monitor This Domain Name

Access to the Most
Robust Whois Record      ➜ Get it NOW
Database Available       🔧 DomainTools



Last checked April 09, 2012

Queue Screenshot for Update

```
domain:       bitorent.net
status:       LOCK
owner-c:      LULU-10402880
admin-c:      LULU-10402882
tech-c:       LULU-10402882
zone-c:       LULU-10402882
nserver:      ns1.bittorrent.net
nserver:      ns2.bittorrent.net
created:      2003-05-22 17:12:23
expire:       2012-05-22 17:12:23 (registry time)
changed:      2011-05-24 07:39:25

[owner-c] handle:       10402880
[owner-c] type:         ORG
[owner-c] title:
[owner-c] fname:        Bittorrent
[owner-c] lname:        Marketing GmbH
[owner-c] org:          Bittorrent Marketing GmbH
[owner-c] address:      Friedrichstrasse 200
[owner-c] city:         Berlin
[owner-c] poode:        10117
[owner-c] country:      DE
[owner-c] state:        Berlin
[owner-c] phone:        +49-800-932374
[owner-c] fax:          +49-800-932375
[owner-c] email:        office@bitorrent.net

[owner-c] protection:   A
[owner-c] updated:      2011-10-31 06:11:08

[admin-c] handle:       10402882
[admin-c] type:         PERSON
[admin-c] title:
[admin-c] fname:        Harald
[admin-c] lname:        Hochmann
[admin-c] org:          Bittorrent Marketing GmbH
[admin-c] address:      Friedrichstrasse 200
[admin-c] city:         Berlin
[admin-c] poode:        10117
[admin-c] country:      DE
[admin-c] state:        Berlin
[admin-c] phone:        +49-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
[admin-c] fax:          +49-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
[admin-c] email:        office@bitorrent.net

[admin-c] protection:   B
```

You the smart one? Let us
show you the job you dream of



GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50

Country TLDs   General TLDs

Available domains for registration:

| | |
|---|---|
| BitOrent.cn | Register |
| BitOrent.dk | Register |
| BitOrent.es | Register |
| BitOrent.eu | Register |
| BitOrent.fr | Register |
| BitOrent.in | Register |
| BitOrent.it | Register |
| BitOrent.io | Register |
| BitOrent.mx | Register |
| BitOrent.se | Register |

Register All Selected >     Show all (11) >

```
[admin-c] updated:          2011-10-31 06:11:10

[tech-c] handle:            10402882
[tech-c] type:              PERSON
[tech-c] title:
[tech-c] fname:             Harald
[tech-c] lname:             Hochmann
[tech-c] org:               Bittorrent Marketing GmbH
[tech-c] address:           Friedrichstrasse 200
[tech-c] city:              Berlin
[tech-c] pcode:             10117
[tech-c] country:           DE
[tech-c] state:             Berlin
[tech-c] phone:             +49-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
[tech-c] fax:               +49-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
[tech-c] email:             office@bittorrent.net

[tech-c] protection:        B
[tech-c] updated:           2011-10-31 06:11:10

[zone-c] handle:            10402882
[zone-c] type:              PERSON
[zone-c] title:
[zone-c] fname:             Harald
[zone-c] lname:             Hochmann
[zone-c] org:               Bittorrent Marketing GmbH
[zone-c] address:           Friedrichstrasse 200
[zone-c] city:              Berlin
[zone-c] pcode:             10117
[zone-c] country:           DE
[zone-c] state:             Berlin
[zone-c] phone:             +49-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
[zone-c] fax:               +49-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
[zone-c] email:             office@bittorrent.net

[zone-c] protection:        B
[zone-c] updated:           2011-10-31 06:11:10
```





Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

You are logged in as gavincharleston_1901    **Upgrade Your Account** | **Log out** | **Help**

 **DomainTools**

| bitorent.org | Whois Search | **Search** |

**Overview**    **Whois Lookup**    **Reverse Whois**    **Whois History**    **Hosting History**    **Screenshot History**    **Name Server Report**    **Reverse IP**    **DNS Tools**

## BitOrent.org Whois Record ✎

Acquire this Domain Name                 Tweet    Like

Search Whois Records    bitorent.org            Search

**Whois Record**    **Site Profile**    **Registration**    **Server Stats**    **My Whois**

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about 49 domains
NS History: **2 changes** on 3 unique name servers over 9 years.
IP History: **4 changes** on 3 unique IP addresses over 8 years.
Whois History: **50 records** have been archived since 2005-07-12 .
Reverse IP: **54 other sites** hosted on this server.

M  **Monitor This Domain Name**

 WHOIS FOR WINDOWS USERS  **→ Get it NOW**  DomainTools



Last checked March 08, 2012

**Queue Screenshot for Update**

You the smart one? Let us
show you **the job you dream of**


GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / S7.50

**Country TLDs    General TLDs**

Available domains for registration:

```
Domain ID:D98214254-LROR
Domain Name:BITORENT.ORG
Created On:30-May-2003 20:51:00 UTC
Last Updated On:31-May-2011 01:23:49 UTC
Expiration Date:30-May-2012 20:51:00 UTC
Sponsoring Registrar:PSI-USA, Inc. dba Domain Robot (R68-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:ABM-10402880
Registrant Name:Bittorrent Marketing
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant Street2:
Registrant Street3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant Email:office@bittorrent.net

Admin ID:ABM-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin Street2:
Admin Street3:
Admin City:Berlin
Admin State/Province:Berlin
Admin Postal Code:10117
Admin Country:DE
Admin Phone:+49.800932374
Admin Phone Ext.:
Admin FAX:+49.800932375
Admin FAX Ext.:
Admin Email:office@bittorrent.net

Tech ID:ABM-10402882
Tech Name:Harald Hochmann
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech Street2:
Tech Street3:
Tech City:Berlin
Tech State/Province:Berlin
```

| | | |
|---|---|---|
| BitOrent.cn | | Register |
| BitOrent.es | | Register |
| BitOrent.eu | | Register |
| BitOrent.fr | | Register |
| BitOrent.in | | Register |
| BitOrent.it | | Register |
| BitOrent.jp | | Register |
| BitOrent.mx | | Register |
| BitOrent.se | | Register |
| BitOrent.tw | | Register |

**Register All Selected >**



```
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech Phone Ext.:
Tech FAX:+49.800932375
Tech FAX Ext.:
Tech Email:office@bittorrent.net
Name Server:NS2.BITTORRENT.NET
Name Server:NS1.BITTORRENT.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



5/16/2012 11:01 AM



You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

DomainTools

| bitoret.com | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitOret.com Whois Record ✎

Acquire this Domain Name                    Tweet        Like

Search Whois Records  bitoret.com          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains

Registrar History: 2 registrars with 2 drops.
NS History: 2 changes on 1 unique name servers over 9 years.
P History: 4 changes on 3 unique IP addresses over 7 years.
Whois History: 28 records have been archived since 2005-07-12 .
Reverse P: 54 other sites hosted on this server.

♗ Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>



Last checked January 09, 2012

Queue Screenshot for Update

```
domain:              bitoret.com
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-05-30 07:22:41
expire:              2012-05-30 07:22:41 (registry time)
changed:             2011-06-09 07:01:24

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bittorrent.net
[owner-c] protection: A
[owner-c] updated:   2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
[admin-c] state:     Berlin
[admin-c] phone:     +49-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
[admin-c] fax:       +49-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
[admin-c] email:     office@bittorrent.net
[admin-c] protection: B
```

You the smart one? Let us
show you the job you dream of



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50*

Country TLDs    General TLDs

Available domains for registration:

☐ BitOret at         Register
☐ BitOret be         Register
☐ BitOret ch         Register
☐ BitOret cn         Register
☐ BitOret co uk      Register
☐ BitOret de         Register
☐ BitOret dk         Register
☐ BitOret es         Register
☐ BitOret eu         Register
☐ BitOret lt         Register

Register All Selected >    Show all (19) >


solve your SEO puzzle
TRY SEOmoz PRO

```
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the
App Store

5/16/2012 11:01 AM



You are logged in as gavincharleston_1901  Upgrade Your Account | Log out | Help

bitorren.com    Whois Search    Search

Marketplace   Sales History   Domain Search   Domain Suggestions   Domain Typo Finder   Bulk Check   Dropping Names

## BitOrren.com Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records   bitorren.com          Search



Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**          1  2  More >

UtOrrenTv.com ($720)     KikKastorRent.com ($1,400)     StudioApartmentsForrentInNyc.com ($599)
TorrenBg.com ($1,500)    ExTrayOrRent.com ($720)        TorrenDownloads.com ($1,295)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains

Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
P History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 31 records have been archived since 2005-07-12 .
Reverse P: 54 other sites hosted on this server.

Image Supplied By DomainTools.com

Last checked May 16, 2012

Monitor This Domain Name

### DomainTools for Windows®
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>

You the smart one? Let us show you the job you dream of



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / 57.50*

**Country TLDs    General TLDs**

Available domains for registration:

```
domain:             bitorren.com
status:             LOCK
owner-c:            LULU-10402880
admin-c:            LULU-10402882
tech-c:             LULU-10402882
zone-c:             LULU-10402882
nserver:            ns1.bittorrent.net
nserver:            ns2.bittorrent.net
created:            2003-06-05 10:35:35
expire:             2012-06-05 10:35:35 (registry time)
changed:            2011-06-09 07:01:24

[owner-c] handle:   10402880
[owner-c] type:     ORG
[owner-c] title:
[owner-c] fname:    Bittorrent
[owner-c] lname:    Marketing GmbH
[owner-c] org:      Bittorrent Marketing GmbH
[owner-c] address:  Friedrichstrasse 200
[owner-c] city:     Berlin
[owner-c] pcode:    10117
[owner-c] country:  DE
[owner-c] state:    Berlin
[owner-c] phone:    +49-800-932374
[owner-c] fax:      +49-800-932375
[owner-c] email:    office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:  2011-10-31 06:11:08

[admin-c] handle:   10402882
[admin-c] type:     PERSON
[admin-c] title:
[admin-c] fname:    Harald
[admin-c] lname:    Hochmann
[admin-c] org:      Bittorrent Marketing GmbH
[admin-c] address:  Friedrichstrasse 200
[admin-c] city:     Berlin
[admin-c] pcode:    10117
[admin-c] country:  DE
```

| | |
|---|---|
| BitOrren.at | Register |
| BitOrren.be | Register |
| BitOrren.ch | Register |
| BitOrren.cn | Register |
| BitOrren.co.uk | Register |
| BitOrren.de | Register |
| BitOrren.dk | Register |
| BitOrren.es | Register |
| BitOrren.eu | Register |
| BitOrren.fr | Register |

Register All Selected >        Show all (19) >



solve your SEO puzzle
TRY SEOmoz PRO

```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

## Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bitorrent.at | Whois Search | Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Bitorrent.at Whois Record ✎

Acquire this Domain Name                    Tweet    Like

### Add Missing Screenshot:

Search Whois Records  bitorrent.at          Search

Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains
Whois History:  28 records  have been archived since 2008-12-17 .
Reverse P:  54 other sites  hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record
Database Available    → Get it NOW
🐾 DomainTools



GRAB YOUR .DE-DOMAIN
FOR ONLY 4EUR / $6.00*

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| Bitorrent cn | Register |
| Bitorrent dk | Register |
| Bitorrent su | Register |
| Bitorrent in | Register |
| Bitorrent lo | Register |
| Bitorrent mx | Register |
| Bitorrent ne | Register |
| Bitorrent hr | Register |

Register All Selected >

```
domain:        bitorrent.at
registrant:    BMG5468309-NICAT
admin-c:       BMG5468310-NICAT
tech-c:        BMG5468310-NICAT
nserver:       ns1.bittorrent.net
remarks:       82.96.117.10
nserver:       ns2.bittorrent.net
remarks:       82.96.86.21
changed:       20090720 11:48:32
source:        AT-DOM

personname:    Bittorrent Marketing GmbH
organization:  Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:   10117
city:          Berlin
country:       Germany
phone:         +493022335574
fax-no:        +493022335575
e-mail:        office@bittorrent.net
nic-hdl:       BMG5468309-NICAT
changed:       20090720 11:27:50
source:        AT-DOM

personname:    Harald Hochmann
organization:  Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:   10117
city:          Berlin
country:       Germany
phone:         +493022335574
fax-no:        +493022335575
e-mail:        office@bittorrent.net
nic-hdl:       BMG5468310-NICAT
changed:       20090720 11:27:56
source:        AT-DOM
```



$00/month
TRY SEOmoz FREE!

Backorder This Domain

## Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



# DomainTools

You are logged in as gevincharlston_1901   Upgrade Your Account | Log out | Help

bitorrent.ch    Whois Search    **Search**

Overview    Whois Lookup    **Reverse Whois**    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Bitorrent.ch Whois Record ✎

Acquire this Domain Name    Tweet    Like

Search Whois Records    bitorrent.ch    **Search**

**Add Missing Screenshot:**
Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

## Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Whois History: **29 records** have been archived since 2006-12-18 .
Reverse IP: **878 other sites** hosted on this server.

🔍 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

You the smart one? Let us
show you the job you dream of


DTNET12B .net
ONLY 5 99EUR
Valid till 30/04/2012

**Country TLDs    General TLDs**

Available domains for registration:

```
Domain name:
bitorrent.ch

Holder of domain name:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany
Contractual Language: German

Technical contact:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany

DNSSEC:N

Name servers:
ns1.day.biz
ns2.day.biz
```

| | |
|---|---|
| Bitorrent **cn** | Register |
| Bitorrent **dk** | Register |
| Bitorrent **eu** | Register |
| Bitorrent **in** | Register |
| Bitorrent **io** | Register |
| Bitorrent **mx** | Register |
| Bitorrent **se** | Register |
| Bitorrent **tv** | Register |

Register All Selected >

$99/month
**TRY SEOmoz FREE!**

Backorder This Domain

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store

You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

**DomainTools** 

| bitorrent.com | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## Bitorrent.com Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records  bitorrent.com          **Search**

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: **office@bittorrent.net** is associated with about **40 domains**

Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
IP History: **4 changes** on 3 unique IP addresses over 8 years.
Whois History: **83 records** have been archived since 2003-05-24 .
Reverse IP: **676 other sites** hosted on this server.



Last checked April 24, 2012

Queue Screenshot for Update

Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now>**

You the smart one? Let us
show you **the job you dream of**



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50*

```
domain:              bitorrent.com
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-03-15 17:39:29
expire:              2013-03-15 16:39:29 (registry time)
changed:             2012-03-17 06:02:36

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bitorrent.net

[owner-c] protection: A
[owner-c] updated:   2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
[admin-c] state:     Berlin
[admin-c] phone:     +49-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
[admin-c] fax:       +49-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
[admin-c] email:     office@bitorrent.net

[admin-c] protection: B
```

Country TLDs    General TLDs

Available domains for registration:

| ☐ Bitorrent cn | Register |
| ☐ Bitorrent dk | Register |
| ☐ Bitorrent eu | Register |
| ☐ Bitorrent in | Register |
| ☐ Bitorrent io | Register |
| ☐ Bitorrent mx | Register |
| ☐ Bitorrent sg | Register |
| ☐ Bitorrent tw | Register |

Register All Selected >


TRY SEOmoz FREE!

```
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bitorrent.de | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Bitorrent.de Whois Record ✎

Acquire this Domain Name

Tweet     Like

Search Whois Records   bitorrent.de          Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about 49 domains
Whois History: **28 records** have been archived since 2008-12-07.
Reverse IP: **54 other sites** hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record     ➤ Get it NOW
Database Available      DomainTools

```
Domain: bitorrent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-04-15T09:16:09+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

You the smart one? Let us
show you the job you dream of



GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*

Country TLDs     General TLDs

Available domains for registration:

| Bitorrent cn | Register |
| Bitorrent dk | Register |
| Bitorrent eu | Register |
| Bitorrent in | Register |
| Bitorrent jo | Register |
| Bitorrent mx | Register |
| Bitorrent se | Register |
| Bitorrent tw | Register |

Register All Selected >



TRY SEOmoz FREE!

### Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.


Available in the App Store

You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

 **DomainTools**

| bitorrent.net | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Bitorrent.net Whois Record ✎

Acquire this Domain Name                    Tweet    Like

Search Whois Records   bitorrent.net          Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

| | |
|---|---|
| Reverse Whois: | "Bittorrent Marketing GmbH" owns about 54 other domains |
| Email Search: | office@bitorrent.net is associated with about 49 domains |
| Registrar History: | 2 registrars |
| NS History: | 2 changes on 3 unique name servers over 9 years. |
| P History: | 4 changes on 3 unique IP addresses over 8 years. |
| Whois History: | 43 records have been archived since 2004-07-17. |
| Reverse IP: | 54 other sites hosted on this server. |

M Monitor This Domain Name

Access to the Most
Robust Whois Record          → Get it NOW
Database Available           DomainTools



Last checked January 07, 2012

Queue Screenshot for Update

**Viewing a cached Whois record**
Our system is temporarily unable to provide a real-time Whois lookup for this domain name. The record shown
here was current on 04/28/2012. Please check back later for any updates.

You the smart one? Let us
show you the job you dream of

```
domain:              bitorrent.net
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-05-22 17:12:01
expire:              2012-05-22 17:12:01 (registry time)
changed:             2011-05-24 07:39:26

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bitorrent.net
[owner-c] protection: A
[owner-c] updated:   2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
```



**Country TLDs**   **General TLDs**

Available domains for registration:

| | | |
|---|---|---|
| Bitorrent cn | | Register |
| Bitorrent dk | | Register |
| Bitorrent su | | Register |
| Bitorrent in | | Register |
| Bitorrent lo | | Register |
| Bitorrent mx | | Register |
| Bitorrent se | | Register |
| Bitorrent tw | | Register |

**Register All Selected >**



$99/month

**TRY SEOmoz FREE!**

```
[admin-c] country:        DE
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help



## DomainTools

| bitorrent.org | Whois Search | Search |

Marketplace   Sales History   Domain Search   Domain Suggestions   Domain Typo Finder   Bulk Check   Dropping Names

## Bitorrent.org Whois Record ✎

Acquire this Domain Name                                         Tweet      Like

Search Whois Records   bitorrent.org                  Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**

Email Search: office@bittorrent.net is associated with about 49 domains

NS History: **2 changes** on 3 unique name servers over 9 years.

P History: **4 changes** on 3 unique IP addresses over 8 years.

Whois History: **45 records** have been archived since 2005-06-06.

Reverse P: **54 other sites** hosted on this server.

  Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!   Download Now>

Last checked December 27, 2011

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



**GRAB YOUR .IT DOMAIN**
**FOR ONLY 5EUR / $7.50**

Country TLDs      General TLDs

Available domains for registration:

```
Domain ID:D98214251-LROR
Domain Name:BITORRENT.ORG
Created On:30-May-2003 20:50:02 UTC
Last Updated On:31-May-2011 01:24:45 UTC
Expiration Date:30-May-2012 20:50:02 UTC
Sponsoring Registrar:PSI-USA, Inc. dba Domain Robot (R68-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:ABM-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant Street2:
Registrant Street3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant Email:office@bittorrent.net

Admin ID:ABM-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin Street2:
Admin Street3:
Admin City:Berlin
Admin State/Province:Berlin
Admin Postal Code:10117
Admin Country:DE
Admin Phone:+49.800932374
Admin Phone Ext.:
Admin FAX:+49.800932375
Admin FAX Ext.:
Admin Email:office@bittorrent.net

Tech ID:ABM-10402882
Tech Name:Harald Hochmann
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech Street2:
Tech Street3:
Tech City:Berlin
Tech State/Province:Berlin
```

| Bittorrent cn | Register |
| Bittorrent dk | Register |
| Bittorrent eu | Register |
| Bittorrent in | Register |
| Bittorrent ip | Register |
| Bittorrent mx | Register |
| Bittorrent ns | Register |
| Bittorrent tw | Register |

Register All Selected >

solve your SEO puzzle
**TRY SEOmoz PRO**

```
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech Phone Ext.:
Tech FAX:+49.800932375
Tech FAX Ext.:
Tech Email: office@bittorrent.net

Name Server:NS2.BITTORRENT.NET
Name Server:NS1.BITTORRENT.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

| bitorret.com | Whois Search | **Search** |

**Overview**    **Registrant Alert**    **Brand Alert**    **Name Server Alert**    **Domain Monitor**

## BiTorret.com Whois Record ✎

Acquire this Domain Name                    Tweet      Like

Search Whois Records   bitorret.com                    Search

**Whois Record**    **Site Profile**    **Registration**    **Server Stats**    **My Whois**

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search: office@bitiorrent.net  is associated with about 48 domains

Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
IP History: 3 changes on 3 unique IP addresses over 7 years.
Whois History: 29 records have been archived since 2005-07-12 .
Reverse IP: 54 other sites hosted on this server.

Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>



Last checked April 05, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



GRAB YOUR .IT .DOMAIN
FOR ONLY 5EUR / $7.50*

```
domain:            bitorret.com
status:            LOCK
owner-c:           LULU-10402880
admin-c:           LULU-10402882
tech-c:            LULU-10402882
zone-c:            LULU-10402882
nserver:           ns1.bittorrent.net
nserver:           ns2.bittorrent.net
created:           2003-05-30 07:21:33
expire:            2012-05-30 07:21:33 (registry time)
changed:           2011-06-09 07:01:25

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bitiorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Bochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
[admin-c] state:     Berlin
[admin-c] phone:     +49-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
[admin-c] fax:       +49-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
[admin-c] email:     office@bitiorrent.net

[admin-c] protection: B
```

**Country TLDs    General TLDs**

Available domains for registration:

| BiTorret .at | Register |
| BiTorret .be | Register |
| BiTorret .ch | Register |
| BiTorret .cn | Register |
| BiTorret .co.uk | Register |
| BiTorret .de | Register |
| BiTorret .dk | Register |
| BiTorret .es | Register |
| BiTorret .eu | Register |
| BiTorret .it | Register |

**Register All Selected >**    Show all (19) >

```
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bitt-torrent.com     Whois Search     **Search**

**Marketplace**   **Sales History**   **Domain Search**   **Domain Suggestions**   **Domain Typo Finder**   **Bulk Check**   **Dropping Names**

## Bitt-Torrent.com Whois Record

**Acquire this Domain Name**     Tweet   Like

Search Whois Records   bitt-torrent.com     Search

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

**Related Domains For Sale or At Auction**        1  2  3  More >

MoreTorrent.com ($595)       ForumTorrent.com ($1,595)       TorrentFarm.com ($1,195)
PublicTorrent.com ($350)     TorrentData.com ($1,688)        MainTorrent.com ($1,000)

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about **40 domains**

Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
P History: **4 changes** on 3 unique IP addresses over 7 years.
Whois History: **220 records** have been archived since 2005-07-12 .
Reverse P: **54 other sites** hosted on this server.

 **Monitor This Domain Name**

WHOIS FREE LOOKUP TOOL → **Get it NOW** DomainTools



Last checked February 07, 2012

**Queue Screenshot for Update**

You the smart one? Let us
show you the job you dream of



**GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50**

**Country TLDs**   **General TLDs**

Available domains for registration:

```
domain:       bitt-torrent.com
status:       LOCK
owner-c:      LULU-10402880
admin-c:      LULU-10402882
tech-c:       LULU-10402882
zone-c:       LULU-10402882
nserver:      ns1.bittorrent.net
nserver:      ns2.bittorrent.net
created:      2003-05-29 17:57:37
expire:       2012-05-29 17:57:37 (registry time)
changed:      2011-06-09 07:01:26

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
```

| | |
|---|---|
| Bitt-Torrent .at | Register |
| Bitt-Torrent .bs | Register |
| Bitt-Torrent .ch | Register |
| Bitt-Torrent .cn | Register |
| Bitt-Torrent .co.uk | Register |
| Bitt-Torrent .de | Register |
| Bitt-Torrent .dk | Register |
| Bitt-Torrent .es | Register |
| Bitt-Torrent .eu | Register |
| Bitt-Torrent .fr | Register |

**Register All Selected >**     **Show all (19) >**

```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account** | Log out | Help

**DomainTools**

| bittoren.com | Whois Search | **Search** |

Overview  Whois Lookup  Reverse Whois  Whois History  Hosting History  Screenshot History  Name Server Report  Reverse IP  DNS Tools

## BitToren.com Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records  bittoren.com          Search

Whois Record  Site Profile  Registration  Server Stats  My Whois

### Whois Record

**Related Domains For Sale or At Auction**      1  2  More >
TorenACar.com ($1,500)    TorenScan.com ($720)    TorenZt.com ($980)
MediatorEnlistE.com ($1,595)  DieMediatorEn.de ($1,221)  TorentY.net ($720)



Last checked March 04, 2012

**Queue Screenshot for Update**

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains
Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
P History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 31 records have been archived since 2005-07-12 .
Reverse P: 54 other sites hosted on this server.

🔍 Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! Download Now>

You the smart one? Let us
show you the job you dream of



**GRAB YOUR .ES DOMAIN**
**FOR ONLY 5EUR / $7.50**

```
domain:              bittoren.com
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-06-05 10:35:54
expire:              2012-06-05 10:35:54 (registry time)
changed:             2011-06-09 07:01:27

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:   2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
```

**Country TLDs**  **General TLDs**

Available domains for registration:

| ☐ BitToren.at | Register |
| ☐ BitToren.be | Register |
| ☐ BitToren.ch | Register |
| ☐ BitToren.cn | Register |
| ☐ BitToren.co.uk | Register |
| ☐ BitToren.de | Register |
| ☐ BitToren.dk | Register |
| ☐ BitToren.es | Register |
| ☐ BitToren.eu | Register |
| ☐ BitToren.fr | Register |

**Register All Selected >**   **Show all (19) >**

```
[admin-c] state:           Berlin
[admin-c] phone:           +49-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
[admin-c] fax:             +49-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
[admin-c] email:           office@bittorrent.net

[admin-c] protection:      B
[admin-c] updated:         2011-10-31 06:11:10

[tech-c] handle:           10402882
[tech-c] type:             PERSON
[tech-c] title:
[tech-c] fname:            Harald
[tech-c] lname:            Hochmann
[tech-c] org:              Bittorrent Marketing GmbH
[tech-c] address:          Friedrichstrasse 200
[tech-c] city:             Berlin
[tech-c] pcode:            10117
[tech-c] country:          DE
[tech-c] state:            Berlin
[tech-c] phone:            +49-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
[tech-c] fax:              +49-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
[tech-c] email:            office@bittorrent.net

[tech-c] protection:       B
[tech-c] updated:          2011-10-31 06:11:10

[zone-c] handle:           10402882
[zone-c] type:             PERSON
[zone-c] title:
[zone-c] fname:            Harald
[zone-c] lname:            Hochmann
[zone-c] org:              Bittorrent Marketing GmbH
[zone-c] address:          Friedrichstrasse 200
[zone-c] city:             Berlin
[zone-c] pcode:            10117
[zone-c] country:          DE
[zone-c] state:            Berlin
[zone-c] phone:            +49-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
[zone-c] fax:              +49-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
[zone-c] email:            office@bittorrent.net

[zone-c] protection:       B
[zone-c] updated:          2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account** | **Log out** | **Help**

## DomainTools

| bittorent.at | Whois Search | **Search** |

### BittoRent.at Whois Record ✎

**Acquire this Domain Name**          Tweet    Like

**Add Missing Screenshot:**

Search Whois Records  bittorent.at          Search

Queue Screenshot For Addition

**Whois Record   Site Profile   Registration   Server Stats   My Whois**

You the smart one? Let us
show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**          1  | More >

BittoRance.com ($888)          Bitto.net ($595)          ProjectBittoRent.com (Bid)
YouBittoRent.com ($720)          BittoRenni.com ($1,200)



Reverse Whois:  "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search:  **office@bittorrent.net**  is associated with about 49 domains

Whois History:  **29 records** have been archived since 2008-12-14 .
Reverse P:  **54 other sites** hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**Country TLDs    General TLDs**

Available domains for registration:

| | | |
|---|---|---|
| BittoRent.cn | | Register |
| BittoRent.dk | | Register |
| BittoRent.es | | Register |
| BittoRent.in | | Register |
| BittoRent.jp | | Register |
| BittoRent.mx | | Register |
| BittoRent.tw | | Register |

**Register All Selected >**

#### DomainTools for Windows®
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now>**

| | |
|---|---|
| domain: | bittorent.at |
| registrant: | BMG5468309-NICAT |
| admin-c: | BMG5468310-NICAT |
| tech-c: | BMG5468310-NICAT |
| nserver: | ns1.bittorrent.net |
| remarks: | 82.96.117.10 |
| nserver: | ns2.bittorrent.net |
| remarks: | 82.96.86.21 |
| changed: | 20090720 11:43:56 |
| source: | AT-DOM |
| | |
| personname: | Bittorrent Marketing GmbH |
| organization: | Bittorrent Marketing GmbH |
| street address: | Friedrichstrasse 200 |
| postal code: | 10117 |
| city: | Berlin |
| country: | Germany |
| phone: | +493022335574 |
| fax-no: | +493022335575 |
| e-mail: | office@bittorrent.net |
| nic-hdl: | BMG5468309-NICAT |
| changed: | 20090720 11:27:50 |
| source: | AT-DOM |
| | |
| personname: | Harald Hochmann |
| organization: | Bittorrent Marketing GmbH |
| street address: | Friedrichstrasse 200 |
| postal code: | 10117 |
| city: | Berlin |
| country: | Germany |
| phone: | +493022335574 |
| fax-no: | +493022335575 |
| e-mail: | office@bittorrent.net |
| nic-hdl: | BMG5468310-NICAT |
| changed: | 20090720 11:27:56 |
| source: | AT-DOM |



Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bittorent.ch | Whois Search |   Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BittoRent.ch Whois Record ✎

Acquire this Domain Name     Tweet    Like

Search Whois Records  bittorent.ch                Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Add Missing Screenshot:**

Queue Screenshot For Addition

**You the smart one?** Let us show you the job you dream of

**Related Domains For Sale or At Auction**                1  More >
BittoRent.com ($1,200)        ProjectBittoRent.com (Bid)        YouBittoRent.com ($720)
BittoRance.com ($888)         Bitto.net ($595)

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains
Whois History:  20 records  have been archived since 2008-12-14 .
Reverse P:  676 other sites  hosted on this server.

**M** Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now>

```
Domain name:
bittorent.ch

Holder of domain name:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany
Contractual Language: German

Technical contact:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany

DNSSEC:N

Name servers:
ns1.day.biz
ns2.day.biz
```

Backorder This Domain

**Country TLDs    General TLDs**

Available domains for registration:

| | | |
|---|---|---|
| ☐ | BittoRent.cn | Register |
| ☐ | BittoRent.dk | Register |
| ☐ | BittoRent.es | Register |
| ☐ | BittoRent.in | Register |
| ☐ | BittoRent.jp | Register |
| ☐ | BittoRent.mx | Register |
| ☐ | BittoRent.tw | Register |

Register All Selected >

GRAB YOUR .DE-DOMAIN FOR ONLY 4EUR / $6.00*

solve your SEO puzzle
TRY SEOmoz PRO

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

App Store

You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bittorent.com | Whois Search | | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BittoRent.com Whois Record ✎

Acquire this Domain Name        Tweet    Like

Search Whois Records   bittorent.com                    Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**                              1  | More >
Bitto.net ($595)          BittoRance.com ($888)        BittoRentl.com ($1,200)
ProjectBittoRent.com (Bid)   YouBittoRent.com ($720)

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains

Registrar History:  2 registrars
NS History:  2 changes on 3 unique name servers over 9 years.
P History:  4 changes on 3 unique IP addresses over 8 years.
Whois History:  112 records have been archived since 2004-01-13 .
Reverse P:  54 other sites hosted on this server.

M  Monitor This Domain Name





Last checked December 30, 2011

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



GRAB YOUR .DE DOMAIN
FOR ONLY 4EUR / $6.00*

Country TLDs      General TLDs

Available domains for registration:

```
domain:                bittorent.com
status:                LOCK
owner-c:               LULU-10402880
admin-c:               LULU-10402882
tech-c:                LULU-10402880
zone-c:                LULU-10402880
nserver:               ns1.bittorrent.net
nserver:               ns2.bittorrent.net
created:               2003-03-15 17:34:21
expire:                2013-03-15 16:34:21 (registry time)
changed:               2012-03-17 06:02:37

[owner-c] handle:      10402880
[owner-c] type:        ORG
[owner-c] title:
[owner-c] fname:       Bittorrent
[owner-c] lname:       Marketing GmbH
[owner-c] org:         Bittorrent Marketing GmbH
[owner-c] address:     Friedrichstrasse 200
[owner-c] city:        Berlin
[owner-c] pcode:       10117
[owner-c] country:     DE
[owner-c] state:       Berlin
[owner-c] phone:       +49-800-932374
[owner-c] fax:         +49-800-932375
[owner-c] email:       office@bittorrent.net

[owner-c] protection:  A
[owner-c] updated:     2011-10-31 06:11:08

[admin-c] handle:      10402882
[admin-c] type:        PERSON
[admin-c] title:
[admin-c] fname:       Harald
[admin-c] lname:       Hochmann
[admin-c] org:         Bittorrent Marketing GmbH
[admin-c] address:     Friedrichstrasse 200
[admin-c] city:        Berlin
[admin-c] pcode:       10117
[admin-c] country:     DE
```

|   | BittoRent.cn |   | Register |
|---|---|---|---|
|   | BittoRent.dk |   | Register |
|   | BittoRent.es |   | Register |
|   | BittoRent.in |   | Register |
|   | BittoRent.jp |   | Register |
|   | BittoRent.mx |   | Register |

Register All Selected >



solve your SEO puzzle
TRY SEOmoz PRO

```
[admin-c] state:           Berlin
[admin-c] phone:           +49-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
[admin-c] fax:             +49-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
[admin-c] email:           office@bittorrent.net

[admin-c] protection:      B
[admin-c] updated:         2011-10-31 06:11:10

[tech-c] handle:           10402882
[tech-c] type:             PERSON
[tech-c] title:
[tech-c] fname:            Harald
[tech-c] lname:            Hochmann
[tech-c] org:              Bittorrent Marketing GmbH
[tech-c] address:          Friedrichstrasse 200
[tech-c] city:             Berlin
[tech-c] pcode:            10117
[tech-c] country:          DE
[tech-c] state:            Berlin
[tech-c] phone:            +49-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
[tech-c] fax:              +49-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
[tech-c] email:            office@bittorrent.net

[tech-c] protection:       B
[tech-c] updated:          2011-10-31 06:11:10

[zone-c] handle:           10402882
[zone-c] type:             PERSON
[zone-c] title:
[zone-c] fname:            Harald
[zone-c] lname:            Hochmann
[zone-c] org:              Bittorrent Marketing GmbH
[zone-c] address:          Friedrichstrasse 200
[zone-c] city:             Berlin
[zone-c] pcode:            10117
[zone-c] country:          DE
[zone-c] state:            Berlin
[zone-c] phone:            +49-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
[zone-c] fax:              +49-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
[zone-c] email:            office@bittorrent.net

[zone-c] protection:       B
[zone-c] updated:          2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

**DomainTools**

| bittorent.net | Whois Search | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BittoRent.net Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records    bittorent.net          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**          1  More >

BittoRent.com ($1,200)          ProtectBittoRent.com (Bid)          YouBittoRent.com ($720)
BittoRance.com ($888)          Bitto.net ($595)



Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains

Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
P History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 57 records have been archived since 2004-01-13 .
Reverse P: 54 other sites hosted on this server.

Last checked March 12, 2012

🔖 Monitor This Domain Name

Queue Screenshot for Update

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! Download Now>

You the smart one? Let us
show you the job you dream of


GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR ($7,50*)

```
domain:              bittorent.net
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-05-22 17:11:34
expire:              2012-05-22 17:11:34 (registry time)
changed:             2011-05-24 07:39:27

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:   2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
```

**Country TLDs**    **General TLDs**

Available domains for registration:

| BittoRent.cn | Register |
| BittoRent.dk | Register |
| BittoRent.es | Register |
| BittoRent.in | Register |
| BittoRent.io | Register |
| BittoRent.mx | Register |
| BittoRent.tw | Register |

Register All Selected >


$00 / month
TRY SEOmoz FREE!

```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

bittorent.org    Whois Search    Search

Overview    Registrant Alert    Brand Alert    Name Server Alert    Domain Monitor

## BittoRent.org Whois Record

Acquire this Domain Name        Tweet    Like

Search Whois Records    bittorent.org    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1   More >

ProjectBittoRent.com (Bid)    BittoRance.com ($888)    Bitto.net ($595)
BittoRennt.com ($1,200)    YouBittoRent.com ($720)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains

NS History: 2 changes on 3 unique name servers over 9 years.
P History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 38 records have been archived since 2004-12-08 .
Reverse P: 54 other sites hosted on this server.

M Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! Download Now.



Last checked March 09, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of

```
Domain ID:D98208248-LROR
Domain Name:BITTORENT.ORG
Created On:29-May-2003 06:39:21 UTC
Last Updated On:30-May-2011 01:23:45 UTC
Expiration Date:29-May-2012 06:39:21 UTC
Sponsoring Registrar:PSI-USA, Inc. dba Domain Robot (R69-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:ABM-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant Street2:
Registrant Street3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant Email:office@bittorrent.net
Admin ID:ABM-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin Street2:
Admin Street3:
Admin City:Berlin
Admin State/Province:Berlin
Admin Postal Code:10117
Admin Country:DE
Admin Phone:+49.800932374
Admin Phone Ext.:
Admin FAX:+49.800932375
Admin FAX Ext.:
Admin Email:office@bittorrent.net
Tech ID:ABM-10402882
Tech Name:Harald Hochmann
```



GRAB YOUR .DE-DOMAIN
FOR ONLY 4EUR / 56.00*

Country TLDs    General TLDs

Available domains for registration:

BittoRent.cn    Register
BittoRent.dk    Register
BittoRent.es    Register
BittoRant.in    Register
BittoRent.jp    Register
BittoRent.mx    Register
BittoRent.tw    Register

**Register All Selected >**



solve your SEO puzzle
**TRY SEOmoz PRO**

```
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech Street2:
Tech Street3:
Tech City:Berlin
Tech State/Province:Berlin
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech Phone Ext.:
Tech FAX:+49.800932375
Tech FAX Ext.:
Tech Email: office@bittorrent.net

Name Server:NS2.BITTORRENT.NET
Name Server:NS1.BITTORRENT.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store

You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

| bittoret.com | Whois Search | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BittoRet.com Whois Record ✏

Acquire this Domain Name                    Tweet      Like

Search Whois Records   bittoret.com                Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                              | 1 | More > |

YouBittoRent.com ($720)        BittoRennt.com ($1,200)        BittoRance.com ($888)
Bitto.net ($595)

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains

Registrar History:  2 registrars
NS History:  2 changes on 3 unique name servers over 9 years.
IP History:  4 changes on 3 unique IP addresses over 7 years.
Whois History:  29 records have been archived since 2005-07-12 .
Reverse IP:  54 other sites hosted on this server.

 Monitor This Domain Name

Access to the Most
Robust Whois Record        → Get it NOW
Database Available         DomainTools



Last checked January 05, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



**GRAB YOUR IT DOMAIN
FOR ONLY 5 EUR / $7.50**

| domain:        | bittoret.com |
| status:        | LOCK |
| owner-c:       | LULU-10402880 |
| admin-c:       | LULU-10402882 |
| tech-c:        | LULU-10402882 |
| zone-c:        | LULU-10402882 |
| nserver:       | ns1.bittorrent.net |
| nserver:       | ns2.bittorrent.net |
| created:       | 2003-05-30 07:21:07 |
| expire:        | 2012-05-30 07:21:07 (registry time) |
| changed:       | 2011-06-09 07:01:27 |

| [owner-c] handle:  | 10402880 |
| [owner-c] type:    | ORG |
| [owner-c] title:   | |
| [owner-c] fname:   | Bittorrent |
| [owner-c] lname:   | Marketing GmbH |
| [owner-c] org:     | Bittorrent Marketing GmbH |
| [owner-c] address: | Friedrichstrasse 200 |
| [owner-c] city:    | Berlin |
| [owner-c] pcode:   | 10117 |
| [owner-c] country: | DE |
| [owner-c] state:   | Berlin |
| [owner-c] phone:   | +49-800-932374 |
| [owner-c] fax:     | +49-800-932375 |
| [owner-c] email:   | office@bittorrent.net |

| [owner-c] protection: | A |
| [owner-c] updated:    | 2011-10-31 06:11:08 |

| [admin-c] handle:  | 10402882 |
| [admin-c] type:    | PERSON |
| [admin-c] title:   | |
| [admin-c] fname:   | Harald |
| [admin-c] lname:   | Hochmann |
| [admin-c] org:     | Bittorrent Marketing GmbH |
| [admin-c] address: | Friedrichstrasse 200 |
| [admin-c] city:    | Berlin |
| [admin-c] pcode:   | 10117 |
| [admin-c] country: | DE |

**Country TLDs    General TLDs**

Available domains for registration:

| BittoRet.at | Register |
| BittoRet.be | Register |
| BittoRet.ch | Register |
| BittoRet.cn | Register |
| BittoRet.co.uk | Register |
| BittoRet.dk | Register |
| BittoRet.es | Register |
| BittoRet.eu | Register |
| BittoRet.fr | Register |
| BittoRet.in | Register |

**Register All Selected >**        Show all (18) >



```
[admin-c] state:            Berlin
[admin-c] phone:            +49-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
[admin-c] fax:              +49-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
[admin-c] email:            office@bittorrent.net

[admin-c] protection:       B
[admin-c] updated:          2011-10-31 06:11:10

[tech-c] handle:            10402882
[tech-c] type:              PERSON
[tech-c] title:
[tech-c] fname:             Harald
[tech-c] lname:             Hochmann
[tech-c] org:               Bittorrent Marketing GmbH
[tech-c] address:           Friedrichstrasse 200
[tech-c] city:              Berlin
[tech-c] pcode:             10117
[tech-c] country:           DE
[tech-c] state:             Berlin
[tech-c] phone:             +49-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
[tech-c] fax:               +49-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
[tech-c] email:             office@bittorrent.net

[tech-c] protection:        B
[tech-c] updated:           2011-10-31 06:11:10

[zone-c] handle:            10402882
[zone-c] type:              PERSON
[zone-c] title:
[zone-c] fname:             Harald
[zone-c] lname:             Hochmann
[zone-c] org:               Bittorrent Marketing GmbH
[zone-c] address:           Friedrichstrasse 200
[zone-c] city:              Berlin
[zone-c] pcode:             10117
[zone-c] country:           DE
[zone-c] state:             Berlin
[zone-c] phone:             +49-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
[zone-c] fax:               +49-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
[zone-c] email:             office@bittorrent.net

[zone-c] protection:        B
[zone-c] updated:           2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

## DomainTools

| bittoret.de | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BittoRet.de Whois Record ✏

Acquire this Domain Name          Tweet      Like

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records   bittoret.de          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**                     1   More >

BittoRance.com ($888)          YouBittoRent.com ($720)          Bitto.net ($595)
BittoRennt.com ($1,200)

GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*

**Country TLDs    General TLDs**

Available domains for registration:

Reverse Whois:   "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:   office@bittorrent.net  is associated with about 49 domains
Whois History:   28 records  have been archived since 2008-12-07 .
Dedicated Hosting:   bittoret.de is hosted on a dedicated server.

| | |
|---|---|
| BittoRet.at | Register |
| BittoRet.be | Register |
| BittoRet.ch | Register |
| BittoRet.cn | Register |
| BittoRet.co.uk | Register |
| BittoRet.dk | Register |
| BittoRet.es | Register |
| BittoRet.gu | Register |
| BittoRet.fr | Register |
| BittoRet.in | Register |

🅜 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>

```
Domain: bittoret.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-05-27T06:52:28+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

Register All Selected >          Show all (18) >

solve your SEO puzzle
TRY SEOmoz PRO

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

bittornet.de | Whois Search | Search

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitTornet.de Whois Record ✎

Acquire this Domain Name          Tweet   Like

Search Whois Records  bittornet.de        Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about 49 domains
Whois History: 20 records have been archived since 2008-12-07.
Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains



```
Domain: bittornet.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-06-01T11:41:44+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

**Add Missing Screenshot:**
Queue Screenshot For Addition


GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50

Country TLDs   General TLDs

Available domains for registration:
- BitTornet at         Register
- BitTornet be         Register
- BitTornet ch         Register
- BitTornet cn         Register
- BitTornet co.uk      Register
- BitTornet dk         Register
- BitTornet es         Register
- BitTornet eu         Register
- BitTornet fr         Register
- BitTornet in         Register

Register All Selected >      Show all (18) >


solve your SEO puzzle
TRY SEOmoz PRO

### Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store

You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

**DomainTools**

bittorren.de    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorren.de Whois Record ✎

Acquire this Domain Name    Tweet    Like

Add Missing Screenshot:
Queue Screenshot For Addition

Search Whois Records    bittorren.de    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

Related Domains For Sale or At Auction    1  2  More >
TorrenTino.net ($750)        TorrenPia.com ($499)        TheBitTorrent.com (Bid)
TorrenDownload.com ($980)    TorrenTino.co.uk ($1,607)    TorrenEntz.com ($720)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains

Whois History: 20 records have been archived since 2008-12-07 .
Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record
Database Available    ⊕ Get it NOW
🔧 DomainTools

```
Domain: bittorren.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-05-27T06:54:03+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50*

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| ☐ BitTorren.at | Register |
| ☐ BitTorren.be | Register |
| ☐ BitTorren.ch | Register |
| ☐ BitTorren.dk | Register |
| ☐ BitTorren.es | Register |
| ☑ BitTorren.eu | Register |
| ☐ BitTorren.fr | Register |
| ☑ BitTorren.in | Register |
| ☐ BitTorren.it | Register |
| ☐ BitTorren.jp | Register |

Register All Selected >    Show all (16) >

solve your SEO puzzle
TRY SEOmoz PRO

Whois Directory
a b c d e f g h i j k l m n o o q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account** | Log out | Help

 **DomainTools**

| bittorrend.com | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrEnd.com Whois Record ✎

**Acquire this Domain Name**        Tweet    Like

Search Whois Records   bittorrend.com        **Search**

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**          ◄ 1 2 3 More ►
TorrEnd.com ($720)    Torrio.com ($1,295)    Torraids.com ($1,295)    Torralds.com ($1,200)
MiOrr.com ($1,295)    TamilTorrRents.com ($720)    ElOrr.com ($1,941)

Reverse Whois:  "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search:  **office@bittorrent.net** is associated with about 49 domains

Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
IP History: **6 changes** on 3 unique IP addresses over 7 years.
Whois History: **36 records** have been archived since 2005-07-12 .
Reverse IP: **54 other sites** hosted on this server.

Ⓜ **Monitor This Domain Name**

Access to the Most
Robust Whois Record    → **Get it NOW**
Database Available    🔧 **DomainTools**

```
domain:             bittorrend.com
status:             LOCK
owner-c:            LULU-10402880
admin-c:            LULU-10402882
tech-c:             LULU-10402882
zone-c:             LULU-10402882
nserver:            ns1.bittorrent.net
nserver:            ns2.bittorrent.net
created:            2003-09-19 13:36:41
expire:             2012-09-19 13:36:41 (registry time)
changed:            2011-09-21 05:55:33

[owner-c] handle:   10402880
[owner-c] type:     ORG
[owner-c] title:
[owner-c] fname:    Bittorrent
[owner-c] lname:    Marketing GmbH
[owner-c] org:      Bittorrent Marketing GmbH
[owner-c] address:  Friedrichstrasse 200
[owner-c] city:     Berlin
[owner-c] pcode:    10117
[owner-c] country:  DE
[owner-c] state:    Berlin
[owner-c] phone:    +49-800-932374
[owner-c] fax:      +49-800-932375
[owner-c] email:    office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:  2011-10-31 06:11:08

[admin-c] handle:   10402882
[admin-c] type:     PERSON
[admin-c] title:
[admin-c] fname:    Harald
[admin-c] lname:    Hochmann
[admin-c] org:      Bittorrent Marketing GmbH
[admin-c] address:  Friedrichstrasse 200
[admin-c] city:     Berlin
[admin-c] pcode:    10117
[admin-c] country:  DE
```



Last checked January 31, 2012

**Queue Screenshot for Update**

You the smart one? Let us
show you the job you dream of



**GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50**

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| 🔲 BitTorrEnd.at | Register |
| 🔲 BitTorrEnd.be | Register |
| 🔲 BitTorrEnd.ch | Register |
| ☑ BitTorrEnd.cn | Register |
| 🔲 BitTorrEnd.co.uk | Register |
| 🔲 BitTorrEnd.dk | Register |
| 🔲 BitTorrEnd.es | Register |
| 🔲 BitTorrEnd.eu | Register |
| 🔲 BitTorrEnd.fr | Register |
| 🔲 BitTorrEnd.in | Register |

**Register All Selected >**    **Show all (18) >**

```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```



Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store



5/16/2012 11:04 AM



You are logged in as gavincharleston_1901   **Upgrade Your Account**  |  Log out  |  Help

## DomainTools

| bittorrent.asia | Whois Search | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrent.asia Whois Record ✎

Acquire this Domain Name                Tweet    Like

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records  bittorrent.asia        Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

You the smart one? Let us
show you the job you dream of

**Related Domains For Sale or At Auction**                    1  2  3  More >



GRAB YOUR .DE-DOMAIN
FOR ONLY 4EUR / S6.00-

TheBitTorrent.com (Bid)      SoftTorrent.com ($1,800)      InfoTorrent.com ($400)
PublicTorrent.com ($350)     GlobalTorrent.com ($1,888)    HotTorrent.com ($980)

Country TLDs    General TLDs

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains
                asia@domain-robot.org  is associated with about 4,239 domains

Available domains for registration:

☐ BitTorrent.tw                Register

Register All Selected >

Whois History:  28 records  have been archived since 2008-04-05 .
Reverse IP:  54 other sites  hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains



WHOIS FOR WINDOWS USERS    FREE LOOKUP TOOL    → Get it NOW    DomainTools



TRY SEOmoz FREE!

```
Domain ID:D31312-ASIA
Domain Name:BITTORRENT.ASIA
Domain Create Date:24-Nov-2007 20:02:54 UTC
Domain Expiration Date:24-Nov-2012 20:02:54 UTC
Domain Last Updated Date:24-Nov-2011 22:20:07 UTC
Last Transferred Date:18-Oct-2009 21:45:18 UTC
IPR Name:Bittorrent
IPR Number:003216439
IPR CC Locality:EP
IPR Applied:2003-06-06
IPR Registered:2006-06-08
IPR Class:35
IPR Entitlement:owner
IPR Type:SR2A
Created by:EuroDNS S.A. R36-ASIA (1052)
Last Updated by Registrar:ASIA Registry R6-ASIA (9996)
Sponsoring Registrar:PSI USA R65-ASIA (151)
Domain Status:CLIENT TRANSFER PROHIBITED
Registrant ID:PSIU-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Address:Friedrichstrasse 200
Registrant Address2:
Registrant Address3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Country/Economy:DE
Registrant Postal Code:10117
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant E-mail:office@bittorrent.net
Administrative ID:PSIU-10402882
Administrative Name:Harald Hochmann
Administrative Organization:Bittorrent Marketing GmbH
Administrative Address:Friedrichstrasse 200
Administrative Address2:
Administrative Address3:
Administrative City:Berlin
Administrative State/Province:Berlin
```

```
Administrative Country/Economy:DE
Administrative Postal Code:10117
Administrative Phone:+49.800932374
Administrative Phone Ext.:
Administrative FAX:+49.800932375
Administrative FAX Ext.:
Administrative E-mail: office@bittorrent.net

Technical ID:PSIU-10402882
Technical Name:Harald Hochmann
Technical Organization:Bittorrent Marketing GmbH
Technical Address:Friedrichstrasse 200
Technical Address2:
Technical Address3:
Technical City:Berlin
Technical State/Province:Berlin
Technical Country/Economy:DE
Technical Postal Code:10117
Technical Phone:+49.800932374
Technical Phone Ext.:
Technical FAX:+49.800932375
Technical FAX Ext.:
Technical E-mail: office@bittorrent.net

Billing ID:PSIU-CED1
Billing Name:Domain Robot
Billing Organization:Domain Robot
Billing Address:Buyukdere Cad. No: 185
Billing Address2:Kanyon Ofis Binasi Kat: 6
Billing Address3:Levent
Billing City:Istanbul
Billing State/Province:
Billing Country/Economy:TR
Billing Postal Code:34394
Billing Phone:+90.2123197710
Billing Phone Ext.:
Billing FAX:+90.2123197600
Billing FAX Ext.:
Billing E-mail: asia@domain-robot.org

CED ID:PSIU-CED1
CED CC Locality:TR
CED City:Istanbul
CED Type of Legal Entity:Other
CED Type (Other):limited
CED Form of Identification:Certificate of Incorporation or equivalent business registratic
certificate
CED Identification Number:639801
Operations and Notifications ID:PSIU-10402880
Operations and Notifications Name:Bittorrent Marketing GmbH
Operations and Notifications Organization:Bittorrent Marketing GmbH
Operations and Notifications Address:Friedrichstrasse 200
Operations and Notifications Address2:
Operations and Notifications Address3:
Operations and Notifications City:Berlin
Operations and Notifications State/Province:Berlin
Operations and Notifications Country/Economy:DE
Operations and Notifications Postal Code:10117
Operations and Notifications Phone:+49.800932374
Operations and Notifications Phone Ext.:
Operations and Notifications FAX:+49.800932375
Operations and Notifications FAX Ext.:
Operations and Notifications E-mail: office@bittorrent.net

Nameservers:NS1.BITTORRENT.NET
Nameservers:NS2.BITTORRENT.NET
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
Nameservers:
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

**DomainTools**

bittorrent.at    Whois Search    **Search**

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrent.at Whois Record ✎

Acquire this Domain Name    Tweet    Like

Search Whois Records    bittorrent.at    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1  2  3  More >

TheBitTorrent.com (Bid)    SoftTorrent.com ($1,800)    WinTorrent.com ($1,495)
TorrentStar.com ($1,195)    CashTorrent.com ($1,095)    PublicTorrent.com ($350)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains

Email Search: office@bittorrent.net is associated with about 49 domains

Whois History: 20 records have been archived since 2008-12-19 .

Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains





Last checked February 25, 2012

Queue Screenshot for Update

```
domain:        bittorrent.at
registrant:    BMG5468309-NICAT
admin-c:       BMG5468309-NICAT
tech-c:        BMG5468310-NICAT
nserver:       ns1.bittorrent.net
remarks:       82.96.117.10
nserver:       ns2.bittorrent.net
remarks:       82.96.86.21
changed:       20090720 11:34:34
source:        AT-DOM

personname:    Bittorrent Marketing GmbH
organization:  Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:   10117
city:          Berlin
country:       Germany
phone:         +493022335574
fax-no:        +493022335575
e-mail:        office@bittorrent.net

nic-hdl:       BMG5468309-NICAT
changed:       20090720 11:27:50
source:        AT-DOM

personname:    Harald Hochmann
organization:  Bittorrent Marketing GmbH
street address: Friedrichstrasse 200
postal code:   10117
city:          Berlin
country:       Germany
phone:         +493022335574
fax-no:        +493022335575
e-mail:        office@bittorrent.net

nic-hdl:       BMG5468310-NICAT
changed:       20090720 11:27:56
source:        AT-DOM
```

Backorder This Domain

You the smart one? Let us
show you the job you dream of



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50*

Country TLDs    General TLDs

Available domains for registration:

☐ BitTorrent.tw    Register

Register All Selected >



TRY SEOmoz FREE!

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901    **Upgrade Your Account** | Log out | Help

## DomainTools

| bittorrent.ch | | Whois Search | | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

### BitTorrent.ch Whois Record ✏

Acquire this Domain Name          Tweet        Like

**Add Missing Screenshot:**

Queue Screenshot For Addition

Search Whois Records   bittorrent.ch          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

#### Whois Record

Related Domains For Sale or At Auction                    1  2  3  More >

CashTorrent.com ($1,095)     MainTorrent.com ($1,000)     InfoTorrent.com ($400)
TorrentStar.com ($1,195)     DotTorrent.com ($500)     MoreTorrent.com ($595)



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50

Reverse Whois:  "Bittorrent Marketing GmbH" owns about  54 other domains
Whois History:  26 records have been archived since 2008-12-12 .
Reverse IP:  676 other sites hosted on this server.

**Country TLDs     General TLDs**

Available domains for registration:

⬜ BitTorrent.tw                    Register

Register All Selected >

Access to the Most
Robust Whois Record
Database Available       **Get it NOW**
🛠 DomainTools

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

$99/month
**TRY SEOmoz FREE!**

```
Domain name:
bittorrent.ch

Holder of domain name:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany
Contractual Language: German

Technical contact:
Bittorrent Marketing GmbH
Hochmann Harald
Friedrichstrasse 200
DE-10117 Berlin
Germany

DNSSEC:N

Name servers:
ns1.day.biz
ns2.day.biz
```

Backorder This Domain

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the
App Store

You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

## DomainTools

bittorrent.de    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrent.de Whois Record ✏

Acquire this Domain Name                        Tweet      Like

Search Whois Records   bittorrent.de           Search

Add Missing Screenshot:
Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

You the smart one? Let us
show you the job you dream of

**Related Domains For Sale or At Auction**                        ◄ 1 2 3 More ►

DotTorrent.com ($500)          TorrentStar.com ($1,195)      MainTorrent.com ($1,000)
HotTorrent.com ($980)          PublicTorrent.com ($350)      GlobalTorrent.com ($1,888)



GRAB YOUR IT DOMAIN
FOR ONLY 5EUR / $7.50*

Reverse Whois:  "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search:  office@bittorrent.net  is associated with about 49 domains
Whois History:  28 records have been archived since 2008-10-13 .
Reverse P:  54 other sites hosted on this server.

**Country TLDs    General TLDs**

Available domains for registration:
☐ BitTorrent.tw                      Register
Register All Selected >



Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record      ➜ Get it NOW
Database Available       🟢 DomainTools



solve your SEO puzzle
TRY SEOmoz PRO

```
Domain: bittorrent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-12-22T16:33:30+01:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bittorrent.fr | Whois Search | Search |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitTorrent.fr Whois Record ✎

Acquire this Domain Name      Tweet   Like

**Add Missing Screenshot:**

Search Whois Records   bittorrent.fr      Search      Queue Screenshot For Addition

Whois Record   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**      1  2  3  More >

MainTorrent.com ($1,000)      MoreTorrent.com ($595)      SoftTorrent.com ($1,800)
TorrentStar.com ($1,195)      ForumTorrent.com ($1,595)      TorrentData.com ($1,688)



**GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50**

Reverse Whois:   "DREYFUS & ASSOCIES" owns about 598 other domains
Email Search:   office@bittorrent.net  is associated with about 49 domains

**Country TLDs      General TLDs**

nic-fr@domains.internetx.de  is associated with about 7,425 domains

Available domains for registration:

contact@dreyfus.fr  is associated with about 2,483 domains

BitTorrent.tw      Register

nic@nic.fr  is associated with about 1,437,547 domains

Register All Selected >

Whois History:   26 records have been archived since 2005-03-31 .
Reverse IP:   54 other sites hosted on this server.
Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains



$001 month

**TRY SEOmoz FREE!**

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!   Download Now>

```
domain:        bittorrent.fr
status:        ACTIVE
hold:          NO
holder-c:      DA1755-FRNIC
admin-c:       DA1755-FRNIC
tech-c:        HB242-FRNIC
zone-c:        NFC1-FRNIC
nsl-id:        NSL28733-FRNIC
registrar:     InterNetX GmbH
anniversary:   19/05
created:       03/06/2004
last-update:   20/05/2009
source:        FRNIC

ns-list:       NSL28733-FRNIC
nserver:       ns1.bittorrent.net
nserver:       ns2.bittorrent.net
source:        FRNIC

registrar:     InterNetX GmbH
type:          Isp Option 1
address:       Maximilianstrasse 6
address:       93047 REGENSBURG
country:       DE
phone:         +49 941 595 59 0
fax-no:        +49 941 595 59 54
e-mail:        nic-fr@domains.internetx.de
website:       http://www.internetx.de
anonymous:     NO
registered:    02/07/2001
source:        FRNIC

nic-hdl:       DA1755-FRNIC
type:          ORGANIZATION
contact:       DREYFUS & ASSOCIES
address:       DREYFUS & ASSOCIES
address:       78, avenue Raymond Poincare
address:       75116 Paris
```

```
country:       FR
phone:         +33 1 44 70 07 04
e-mail:        contact@dreyfus.fr

changed:       01/04/2009  nic@nic.fr

anonymous:     NO
obsoleted:     NO
eligstatus:    ok
eligdate:      07/01/2010 15:18:16
source:        FRNIC

nic-hdl:       HH242-FRNIC
type:          PERSON
contact:       Harald Hochmann
address:       Bittorrent Marketing GmbH
address:       Friedrichstrasse 200
address:       10117 Berlin
country:       DE
phone:         +49800932374
e-mail:        office@bittorrent.net

changed:       19/05/2009  nic@nic.fr

anonymous:     NO
obsoleted:     NO
source:        FRNIC
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as gavincharleston_1901  **Upgrade Your Account** | Log out | Help

**DomainTools**

| bittorrent.info | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrent.info Whois Record ✎

**Acquire this Domain Name**          Tweet    Like

Search Whois Records   bittorrent.info                    Search

**Whois Record**    **Site Profile**    **Registration**    **Server Stats**    **My Whois**

### Whois Record

**Related Domains For Sale or At Auction**                    ◀ 2 3 More ▶

MoreTorrent.com ($595)          HotTorrent.com ($980)          WinTorrent.com ($1,495)
SoftTorrent.com ($1,800)        DotTorrent.com ($500)          TheBitTorrent.com (Bid)

Reverse Whois:  "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search:  office@bittorrent.net  is associated with about 49 domains

NS History:  **6 changes** on 5 unique name servers over 8 years.
P History:  **7 changes** on 4 unique IP addresses over 7 years.
Whois History:  **51 records** have been archived since 2003-05-24.
Reverse P:  **54 other sites** hosted on this server.

🅜 Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now>**



Last checked December 29, 2011

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of

```
Domain ID:D5672895-LRMS
Domain Name:BITTORRENT.INFO
Created On:12-Feb-2004 04:16:00 UTC
Last Updated On:12-Feb-2012 22:28:21 UTC
Expiration Date:12-Feb-2013 04:16:00 UTC
Sponsoring Registrar:PSI-USA, Inc. dba Domain Robot (R207-LRMS)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:PSIU-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant Street2:
Registrant Street3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant Email:office@bittorrent.net

Admin ID:PSIU-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin Street2:
Admin Street3:
Admin City:Berlin
Admin State/Province:Berlin
Admin Postal Code:10117
Admin Country:DE
Admin Phone:+49.800932374
Admin Phone Ext.:
Admin FAX:+49.800932375
Admin FAX Ext.:
Admin Email:office@bittorrent.net

Billing ID:PSIU-10402880
Billing Name:Bittorrent Marketing GmbH
```



GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR / $7.50

**Country TLDs    General TLDs**

Available domains for registration:

☐ BitTorrent.tv                          Register

Register All Selected >



solve your SEO puzzle
**TRY SEOmoz PRO**

```
Billing Organization:Bittorrent Marketing GmbH
Billing Street1:Friedrichstrasse 200
Billing Street2:
Billing Street3:
Billing City:Berlin
Billing State/Province:Berlin
Billing Postal Code:10117
Billing Country:DE
Billing Phone:+49.800932374
Billing Phone Ext.:
Billing FAX:+49.800932375
Billing FAX Ext.:
Billing Email:
```
office@bittorrent.net
```
Tech ID:PSIU-10402882
Tech Name:Harald Hochmann
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech Street2:
Tech Street3:
Tech City:Berlin
Tech State/Province:Berlin
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech Phone Ext.:
Tech FAX:+49.800932375
Tech FAX Ext.:
Tech Email:
```
office@bittorrent.net
```
Name Server:NS1.BITTORRENT.NET
Name Server:NS2.BITTORRENT.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the App Store



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bittorrent.mobi | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitTorrent.mobi Whois Record ✎

Acquire this Domain Name

Tweet   Like

**Add Missing Screenshot:**
Queue Screenshot For Addition

Search Whois Records  bittorrent.mobi          Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

You the smart one? Let us
show you the job you dream of

### Whois Record

**Related Domains For Sale or At Auction**          1  2  3  More >

TorrentStar.com ($1,195)      TorrentData.com ($1,688)      PixTorrent.com ($1,788)
WinTorrent.com ($1,495)       DotTorrent.com ($500)        InfoTorrent.com ($400)



Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains

Email Search: office@bittorrent.net is associated with about 49 domains

Whois History: 35 records have been archived since 2006-11-28.

Reverse P: 54 other sites hosted on this server.

Country TLDs      General TLDs

Available domains for registration:

☐ BitTorrent.tw                      Register

Register All Selected >

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>



```
Domain ID:D5297544-MOBI
Domain Name:BITTORRENT.MOBI
Created On:07-Feb-2010 03:25:45 UTC
Last Updated On:07-Feb-2012 06:35:55 UTC
Expiration Date:07-Feb-2013 03:25:45 UTC
Last Transferred Date:15-Apr-2010 04:15:16 UTC
Sponsoring Registrar:PSI-USA, Inc (151)
Created by Registrar:Dontaslwhy.ca Inc. (1246)
Last Updated by Registrar:Afilias Ltd. (4000017)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:PSIU-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant FAX:+49.800932375
Registrant Email:office@bittorrent.net

Admin ID:PSIU-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin City:Berlin
Admin State/Province:Berlin
Admin Postal Code:10117
Admin Country:DE
Admin Phone:+49.800932374
Admin FAX:+49.800932375
Admin Email:office@bittorrent.net

Tech ID:PSIU-10402882
Tech Name:Harald Hochmann
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech City:Berlin
Tech State/Province:Berlin
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech FAX:+49.800932375
```

Tech Email: **office@bittorrent.net**
Name Server:NS1.BITTORRENT.NET
Name Server:NS2.BITTORRENT.NET

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account**  |  Log out  |  Help

## DomainTools

| bittorrent.net | Whois Search | Search |

**Marketplace**   **Sales History**   **Domain Search**   **Domain Suggestions**   **Domain Type Finder**   **Bulk Check**   **Dropping Names**

# BitTorrent.net Whois Record ✏

**Acquire this Domain Name**        Tweet     Like

Search Whois Records   bittorrent.net      Search

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

## Whois Record

**Related Domains For Sale or At Auction**                    1   2   3   More >

HotTorrent.com ($980)       TheBitTorrent.com (Bid)      InfoTorrent.com ($400)
TorrentFarm.com ($1,195)    PublicTorrent.com ($350)     TorrentData.com ($1,688)



Last checked March 26, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about 49 domains

Registrar History: **2 registrars**
NS History: **3 changes** on 3 unique name servers over 9 years.
IP History: **3 changes** on 3 unique IP addresses over 8 years.
Whois History: **87 records** have been archived since 2003-01-09 .
Reverse IP: **11 other sites** hosted on this server.

Ⓜ Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! Download Now>



**Country TLDs**   **General TLDs**

Available domains for registration:

☐ BitTorrent.tw          Register

Register All Selected >

```
domain:         bittorrent.net
status:         LOCK
owner-c:        LULU-10402880
admin-c:        LULU-10402882
tech-c:         LULU-10402882
zone-c:         LULU-10402882
nserver:        ns1.bittorrent.net
nserver:        ns2.bittorrent.net
created:        2002-11-18 10:44:24
expire:         2012-11-18 10:44:24 (registry time)
changed:        2011-11-20 07:49:35

[owner-c] handle:       10402880
[owner-c] type:         ORG
[owner-c] title:
[owner-c] fname:        Bittorrent
[owner-c] lname:        Marketing GmbH
[owner-c] org:          Bittorrent Marketing GmbH
[owner-c] address:      Friedrichstrasse 200
[owner-c] city:         Berlin
[owner-c] pcode:        10117
[owner-c] country:      DE
[owner-c] state:        Berlin
[owner-c] phone:        +49-800-932374
[owner-c] fax:          +49-800-932375
[owner-c] email:        office@bittorrent.net

[owner-c] protection:   A
[owner-c] updated:      2011-10-31 06:11:08

[admin-c] handle:       10402882
[admin-c] type:         PERSON
[admin-c] title:
[admin-c] fname:        Harald
[admin-c] lname:        Hochmann
[admin-c] org:          Bittorrent Marketing GmbH
[admin-c] address:      Friedrichstrasse 200
[admin-c] city:         Berlin
[admin-c] pcode:        10117
[admin-c] country:      DE
```



```
[admin-c] state:          Berlin
[admin-c] phone:          +49-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
[admin-c] fax:            +49-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
[admin-c] email:          office@bittorrent.net

[admin-c] protection:     B
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:           office@bittorrent.net

[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net

[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```


Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the
App Store

You are logged in as gavincharleston_1901    **Upgrade Your Account** | Log out | Help

**DomainTools**

| bittorrent.pl | Whois Search | **Search** |

Overview    **Whois Lookup**    **Reverse Whois**    **Whois History**    **Hosting History**    **Screenshot History**    **Name Server Report**    **Reverse IP**    **DNS Tools**

## BitTorrent.pl Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records    bittorrent.pl          **Search**

Add Missing Screenshot:

Queue Screenshot For Addition

**Whois Record**    Site Profile    Registration    Server Stats    My Whois

### Whois Record

You the smart one? Let us
show you the job you dream of


GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50*

**Related Domains For Sale or At Auction**                     1  2  3  More >

TheBitTorrent.com (Bid)        InfoTorrent.com ($400)        TorrentFarm.com ($1,195)
BitTorrent.com ($1,995)        MainTorrent.com ($1,000)      SoftTorrent.com ($1,800)

Country TLDs    General TLDs

Available domains for registration:

BitTorrent.tw          Register

Register All Selected >

Reverse Whois: "Harald Hochmann" owns about 7,279 other domains

Email Search: info@internetx.de is associated with about 7,884 domains

Whois History: 20 records have been archived since 2008-12-25 .

Reverse IP: 54 other sites hosted on this server.

**M** Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record         ➔ Get it NOW
Database Available          **DomainTools**


$99/month
TRY SEOmoz FREE!

```
DOMAIN NAME:        bittorrent.pl
registrant type:    organization
nameservers:        ns2.bittorrent.net.
                    ns1.bittorrent.net.
created:            2003.08.13 18:11:09
last modified:      2009.08.12 11:12:41
renewal date:       2012.08.13 18:11:09

no option

TECHNICAL CONTACT:
company: Harald Hochmann
         Bittorrent Marketing GmbH
street: Friedrichstrasse 200
city: 10117 Berlin
location: DE
handle: inx10402882
phone:  +49.800932374
fax:    +49.800932375
last modified: 2011.01.05

REGISTRAR:
InternetX GmbH
Maximilianstraße 6
D-93047 Regensburg
Niemcy/Germany
+49 941595590
info@internetx.de
```

Backorder This Domain

Whois Directory
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.


Available on the App Store



You are logged in as gavincharleston_1901    **Upgrade Your Account** | Log out | Help

bittorrent.tel    Whois Search    **Search**

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorrent.tel Whois Record ✎

Acquire this Domain Name    Tweet    Like

Search Whois Records    bittorrent.tel    **Search**

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**    1  2  3  More >

DotTorrent.com ($500)    PixTorrent.com ($1,788)    PublicTorrent.com ($350)
SoftTorrent.com ($1,800)    CashTorrent.com ($1,095)    AceTorrent.com ($1,195)

Reverse Whois:    "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search:    office@bittorrent.net  is associated with about 49 domains

Whois History:    **10 records** have been archived since 2010-08-29 .
Reverse IP:    **195.055 other sites** hosted on this server.

M    Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!    **Download Now>**





You the smart one? Let us
show you the job you dream of

**Country TLDs    General TLDs**

Available domains for registration:

☐  BitTorrent.tw    Register

**Register All Selected >**



**TRY SEOmoz FREE!**

| | |
|---|---|
| Domain Name: | BITTORRENT.TEL |
| Domain ID: | D586572-TEL |
| Sponsoring Registrar: | PSI USA |
| Sponsoring Registrar IANA ID: | 151 |
| Registrar URL (registration services): | whois.psi-domains.com |
| Domain Status: | clientTransferProhibited |
| Registrant ID: | PSIU-10402880 |
| Registrant Name: | Bittorrent Marketing GmbH |
| Registrant Organization: | Bittorrent Marketing GmbH |
| Registrant Address1: | Friedrichstrasse 200 |
| Registrant City: | Berlin |
| Registrant State/Province: | Berlin |
| Registrant Postal Code: | 10117 |
| Registrant Country: | Germany |
| Registrant Country Code: | DE |
| Registrant Phone Number: | +49.800932374 |
| Registrant Facsimile Number: | +49.800932375 |
| Registrant Email: | office@bittorrent.net |
| Administrative Contact ID: | PSIU-10402882 |
| Administrative Contact Name: | Harald Hochmann |
| Administrative Contact Organization: | Bittorrent Marketing GmbH |
| Administrative Contact Address1: | Friedrichstrasse 200 |
| Administrative Contact City: | Berlin |
| Administrative Contact State/Province: | Berlin |
| Administrative Contact Postal Code: | 10117 |
| Administrative Contact Country: | Germany |
| Administrative Contact Country Code: | DE |
| Administrative Contact Phone Number: | +49.800932374 |
| Administrative Contact Facsimile Number: | +49.800932375 |
| Administrative Contact Email: | office@bittorrent.net |
| Billing Contact ID: | PSIU-10402880 |
| Billing Contact Name: | Bittorrent Marketing GmbH |
| Billing Contact Organization: | Bittorrent Marketing GmbH |
| Billing Contact Address1: | Friedrichstrasse 200 |
| Billing Contact City: | Berlin |
| Billing Contact State/Province: | Berlin |
| Billing Contact Postal Code: | 10117 |
| Billing Contact Country: | Germany |
| Billing Contact Country Code: | DE |
| Billing Contact Phone Number: | +49.800932374 |
| Billing Contact Facsimile Number: | +49.800932375 |

```
Billing Contact Email:                    office@bittorrent.net
Technical Contact ID:                     PSIU-10402882
Technical Contact Name:                   Harald Hochmann
Technical Contact Organization:           Bittorrent Marketing GmbH
Technical Contact Address1:               Friedrichstrasse 200
Technical Contact City:                   Berlin
Technical Contact State/Province:         Berlin
Technical Contact Postal Code:            10117
Technical Contact Country:                Germany
Technical Contact Country Code:           DE
Technical Contact Phone Number:           +49.800932374
Technical Contact Facsimile Number:       +49.800932375
Technical Contact Email:                  office@bittorrent.net
Name Server:                              A0.CTH.DNS.NIC.TEL
Name Server:                              D0.CTH.DNS.NIC.TEL
Name Server:                              N0.CTH.DNS.NIC.TEL
Name Server:                              S0.CTH.DNS.NIC.TEL
Name Server:                              T0.CTH.DNS.NIC.TEL
Created by Registrar:                     INJECTCSR
Last Updated by Registrar:                PSI USA
Last Transferred Date:                    Tue Feb 16 16:45:28 GMT 2010
Domain Registration Date:                 Mon Mar 23 23:59:59 GMT 2009
Domain Expiration Date:                   Fri Mar 22 23:59:59 GMT 2013
Domain Last Updated Date:                 Tue Feb 16 16:48:53 GMT 2010
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account** | **Log out** | **Help**



**DomainTools**

| bittorrent.tv | Whois Search | **Search** |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Hosting History**   **Screenshot History**   **Name Server Report**   **Reverse IP**   **DNS Tools**

## BitTorrent.tv Whois Record ✏

Acquire this Domain Name          Tweet     Like

Search Whois Records   bittorrent.tv          Search

**Add Missing Screenshot**:

Queue Screenshot For Addition

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

You the smart one? Let us
show you the job you dream of

**Related Domains For Sale or At Auction**          1  2  3  More >

PixTorrent.com ($1,788)       SoftTorrent.com ($1,800)       TheBitTorrent.com (Bid)
DotTorrent.com ($500)         TorrentData.com ($1,688)       CashTorrent.com ($1,095)



Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains

Email Search: office@bittorrent.net is associated with about 49 domains

Whois History: 30 records have been archived since 2007-04-17.

Reverse IP: 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record          → **Get it NOW**
Database Available           DomainTools

**Country TLDs    General TLDs**

Available domains for registration:

BitTorrent.tw          Register

Register All Selected >

solve your SEO puzzle
**TRY SEOmoz PRO**

```
domain:              bittorrent.tv
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2004-07-27 00:12:47
expire:              2013-07-27 00:12:47 (registry time)
changed:             2012-04-28 09:55:50

[owner-c] handle:     10402880
[owner-c] type:       ORG
[owner-c] title:
[owner-c] fname:      Bittorrent
[owner-c] lname:      Marketing GmbH
[owner-c] org:        Bittorrent Marketing GmbH
[owner-c] address:    Friedrichstrasse 200
[owner-c] city:       Berlin
[owner-c] poode:      10117
[owner-c] country:    DE
[owner-c] state:      Berlin
[owner-c] phone:      +49-800-932374
[owner-c] fax:        +49-800-932375
[owner-c] email:      office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:     10402882
[admin-c] type:       PERSON
[admin-c] title:
[admin-c] fname:      Harald
[admin-c] lname:      Hochmann
[admin-c] org:        Bittorrent Marketing GmbH
[admin-c] address:    Friedrichstrasse 200
[admin-c] city:       Berlin
[admin-c] poode:      10117
[admin-c] country:    DE
[admin-c] state:      Berlin
[admin-c] phone:      +49-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
[admin-c] fax:        +49-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
```

```
[admin-c] email:            office@bittorrent.net
[admin-c] protection:       B
[admin-c] updated:          2011-10-31 06:11:10

[tech-c] handle:            10402882
[tech-c] type:              PERSON
[tech-c] title:
[tech-c] fname:             Harald
[tech-c] lname:             Hochmann
[tech-c] org:               Bittorrent Marketing GmbH
[tech-c] address:           Friedrichstrasse 200
[tech-c] city:              Berlin
[tech-c] pcode:             10117
[tech-c] country:           DE
[tech-c] state:             Berlin
[tech-c] phone:             +49-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
[tech-c] fax:               +49-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
[tech-c] email:             office@bittorrent.net
[tech-c] protection:        B
[tech-c] updated:           2011-10-31 06:11:10

[zone-c] handle:            10402882
[zone-c] type:              PERSON
[zone-c] title:
[zone-c] fname:             Harald
[zone-c] lname:             Hochmann
[zone-c] org:               Bittorrent Marketing GmbH
[zone-c] address:           Friedrichstrasse 200
[zone-c] city:              Berlin
[zone-c] pcode:             10117
[zone-c] country:           DE
[zone-c] state:             Berlin
[zone-c] phone:             +49-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
[zone-c] fax:               +49-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
[zone-c] email:             office@bittorrent.net
[zone-c] protection:        B
[zone-c] updated:           2011-10-31 06:11:10
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

**⊙ DomainTools**

| bittorrents.de | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## BitTorrents.de Whois Record ✎

Acquire this Domain Name          Tweet   Like

Search Whois Records   bittorrents.de          Search

**Whois Record**   Site Profile   Registration   Server Stats   My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains

Email Search: office@bittorrent.net  is associated with about 49 domains

Whois History:  21 records  have been archived since 2008-11-09 .

Reverse IP:  54 other sites  hosted on this server.

 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

WHOIS FOR WINDOWS USERS   FREE LOOKUP TOOL   → Get it NOW   DomainTools

```
Domain: bittorrents.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-07-17T15:30:15+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



Last checked January 02, 2012

Queue Screenshot for Update

**You the smart one? Let us
show you the job you dream of**



**GRAB YOUR IT DOMAIN
FOR ONLY 5EUR / $7.50***

Country TLDs   General TLDs

Available domains for registration:

| | |
|---|---|
| ☐ BitTorrents.at | Register |
| ☐ BitTorrents.ch | Register |
| ☐ BitTorrents.cn | Register |
| ☐ BitTorrents.dk | Register |
| ☐ BitTorrents.in | Register |
| ☐ BitTorrents.jp | Register |
| ☐ BitTorrents.mx | Register |
| ☐ BitTorrents.pl | Register |
| ☐ BitTorrents.tw | Register |

Register All Selected >

solve your SEO puzzle
TRY SEOmoz PRO



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as gavincharleston_1901  Upgrade Your Account | Log out | Help

**DomainTools**

| bittorret.com | Whois Search | **Search** |

Overview  Whois Lookup  Reverse Whois  Whois History  Hosting History  Screenshot History  Name Server Report  Reverse IP  DNS Tools

## BitTorret.com Whois Record ✎

Acquire this Domain Name        Tweet    Like

Search Whois Records  bittorret.com        Search

Whois Record  Site Profile  Registration  Server Stats  My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains

Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
IP History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 31 records have been archived since 2005-07-12 .
Reverse IP: 54 other sites hosted on this server.

🅜 Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!  Download Now!



Last checked December 28, 2011

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR / $7.50

```
domain:        bittorret.com
status:        LOCK
owner-c:       LULU-10402880
admin-c:       LULU-10402882
tech-c:        LULU-10402880
zone-c:        LULU-10402882
nserver:       ns1.bittorrent.net
nserver:       ns2.bittorrent.net
created:       2003-05-20 09:14:01
expire:        2012-05-20 09:14:01 (registry time)
changed:       2011-05-22 06:23:40

[owner-c] handle:     10402880
[owner-c] type:       ORG
[owner-c] title:
[owner-c] fname:      Bittorrent
[owner-c] lname:      Marketing GmbH
[owner-c] org:        Bittorrent Marketing GmbH
[owner-c] address:    Friedrichstrasse 200
[owner-c] city:       Berlin
[owner-c] pcode:      10117
[owner-c] country:    DE
[owner-c] state:      Berlin
[owner-c] phone:      +49-800-932374
[owner-c] fax:        +49-800-932375
[owner-c] email:      office@bittorrent.net
[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:     10402882
[admin-c] type:       PERSON
[admin-c] title:
[admin-c] fname:      Harald
[admin-c] lname:      Hochmann
[admin-c] org:        Bittorrent Marketing GmbH
[admin-c] address:    Friedrichstrasse 200
[admin-c] city:       Berlin
[admin-c] pcode:      10117
[admin-c] country:    DE
[admin-c] state:      Berlin
[admin-c] phone:      +49-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
[admin-c] fax:        +49-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
[admin-c] email:      office@bittorrent.net
[admin-c] protection: B
```

Country TLDs    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| BitTorret.at | | Register |
| BitTorret.be | | Register |
| BitTorret.ch | | Register |
| BitTorret.cn | | Register |
| BitTorret.co.uk | | Register |
| BitTorret.dk | | Register |
| BitTorret.es | | Register |
| BitTorret.eu | | Register |
| BitTorret.fr | | Register |
| BitTorret.in | | Register |

Register All Selected >    Show all (18) >



```
[admin-c] updated:      2011-10-31 06:11:10

[tech-c] handle:        10402882
[tech-c] type:          PERSON
[tech-c] title:
[tech-c] fname:         Haraid
[tech-c] lname:         Hochmann
[tech-c] org:           Bittorrent Marketing GmbH
[tech-c] address:       Friedrichstrasse 200
[tech-c] city:          Berlin
[tech-c] pcode:         10117
[tech-c] country:       DE
[tech-c] state:         Berlin
[tech-c] phone:         +49-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
[tech-c] fax:           +49-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
[tech-c] email:         office@bittorrent.net

[tech-c] protection:    B
[tech-c] updated:       2011-10-31 06:11:10

[zone-c] handle:        10402882
[zone-c] type:          PERSON
[zone-c] title:
[zone-c] fname:         Harald
[zone-c] lname:         Hochmann
[zone-c] org:           Bittorrent Marketing GmbH
[zone-c] address:       Friedrichstrasse 200
[zone-c] city:          Berlin
[zone-c] pcode:         10117
[zone-c] country:       DE
[zone-c] state:         Berlin
[zone-c] phone:         +49-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
[zone-c] fax:           +49-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
[zone-c] email:         office@bittorrent.net

[zone-c] protection:    B
[zone-c] updated:       2011-10-31 06:11:10
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleton_1901    Upgrade Your Account | Log out | Help

**DomainTools**

bittorret de    Whois Search    Search

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorret.de Whois Record ✎

Acquire this Domain Name    Tweet    Like

Search Whois Records  bittorret.de    Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: **office@bittorrent.net** is associated with about **49 domains**

Whois History: **26 records** have been archived since 2008-12-07 .
Reverse IP: **54 other sites** hosted on this server.

🔍 Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

Access to the Most
Robust Whois Record    ➜ Get it NOW
Database Available    **DomainTools**



Last checked April 20, 2012

Queue Screenshot for Update

**Viewing a cached Whois record**
Our system is temporarily unable to provide a real-time Whois lookup for this domain name. The record shown here was current on 03/15/2012. Please check back later for any updates.

You the smart one? Let us
show you the job you dream of



GRAB YOUR .IT DOMAIN
FOR ONLY 5EUR // $7.50*

```
Domain: bittorret.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-05-15T23:34:47+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

Country TLDs    General TLDs

Available domains for registration:

| | |
|---|---|
| BitTorret.at | Register |
| BitTorret.be | Register |
| BitTorret.ch | Register |
| BitTorret.cn | Register |
| BitTorret.co.uk | Register |
| BitTorret.dk | Register |
| BitTorret.es | Register |
| BitTorret.eu | Register |
| BitTorret.fr | Register |
| BitTorret.in | Register |

Register All Selected >    Show all (18) >

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9



Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

## DomainTools

| bittorret net | Whois Search | **Search** |

### BitTorret.net Whois Record ✎

**Acquire this Domain Name**    Tweet    Like

Search Whois Records   bittorret.net    **Search**

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

#### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**

Email Search: **office@bittorrent.net** is associated with about 49 domains

Registrar History: **2 registrars**

NS History: **2 changes** on 3 unique name servers over 9 years.

IP History: **4 changes** on 3 unique IP addresses over 7 years.

Whois History: **29 records** have been archived since 2005-07-29 .

Reverse IP: **54 other sites** hosted on this server.

 **Monitor This Domain Name**

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! **Download Now>**



Last checked January 16, 2012

**Queue Screenshot for Update**

**You the smart one?** Let us
show you **the job you dream of**



```
domain:              bittorret.net
status:              LOCK
owner-c:             LULU-10402880
admin-c:             LULU-10402882
tech-c:              LULU-10402882
zone-c:              LULU-10402882
nserver:             ns1.bittorrent.net
nserver:             ns2.bittorrent.net
created:             2003-05-31 08:31:15
expire:              2012-05-31 08:31:15 (registry time)
changed:             2011-06-09 17:56:48

[owner-c] handle:    10402880
[owner-c] type:      ORG
[owner-c] title:
[owner-c] fname:     Bittorrent
[owner-c] lname:     Marketing GmbH
[owner-c] org:       Bittorrent Marketing GmbH
[owner-c] address:   Friedrichstrasse 200
[owner-c] city:      Berlin
[owner-c] pcode:     10117
[owner-c] country:   DE
[owner-c] state:     Berlin
[owner-c] phone:     +49-800-932374
[owner-c] fax:       +49-800-932375
[owner-c] email:     office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:    10402882
[admin-c] type:      PERSON
[admin-c] title:
[admin-c] fname:     Harald
[admin-c] lname:     Hochmann
[admin-c] org:       Bittorrent Marketing GmbH
[admin-c] address:   Friedrichstrasse 200
[admin-c] city:      Berlin
[admin-c] pcode:     10117
[admin-c] country:   DE
[admin-c] state:     Berlin
[admin-c] phone:     +49-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
[admin-c] fax:       +49-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
[admin-c] email:     office@bittorrent.net

[admin-c] protection: B
```

**Country TLDs**   **General TLDs**

Available domains for registration:

| BitTorret.al | Register |
| BitTorret.be | Register |
| BitTorret.ch | Register |
| BitTorret.cn | Register |
| BitTorret.co.uk | Register |
| BitTorret.dk | Register |
| BitTorret.es | Register |
| BitTorret.eu | Register |
| BitTorret.fr | Register |
| BitTorret.in | Register |

**Register All Selected >**   **Show all (18) >**



```
[admin-c] updated:        2011-10-31 06:11:10

[tech-c] handle:          10402882
[tech-c] type:            PERSON
[tech-c] title:
[tech-c] fname:           Harald
[tech-c] lname:           Hochmann
[tech-c] org:             Bittorrent Marketing GmbH
[tech-c] address:         Friedrichstrasse 200
[tech-c] city:            Berlin
[tech-c] pcode:           10117
[tech-c] country:         DE
[tech-c] state:           Berlin
[tech-c] phone:           +49-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
[tech-c] fax:             +49-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
[tech-c] email:
```

```
[tech-c] protection:      B
[tech-c] updated:         2011-10-31 06:11:10

[zone-c] handle:          10402882
[zone-c] type:            PERSON
[zone-c] title:
[zone-c] fname:           Harald
[zone-c] lname:           Hochmann
[zone-c] org:             Bittorrent Marketing GmbH
[zone-c] address:         Friedrichstrasse 200
[zone-c] city:            Berlin
[zone-c] pcode:           10117
[zone-c] country:         DE
[zone-c] state:           Berlin
[zone-c] phone:           +49-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
[zone-c] fax:             +49-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
[zone-c] email:           office@bittorrent.net
[zone-c] protection:      B
[zone-c] updated:         2011-10-31 06:11:10
```

Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharlston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| bittorret.org | Whois Search | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BitTorret.org Whois Record ✎

Acquire this Domain Name

Tweet    Like

Search Whois Records  bittorret.org        Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**

Email Search: **office@bittorrent.net** is associated with about 49 domains

NS History: **2 changes** on 3 unique name servers over 9 years.
IP History: **4 changes** on 1 unique IP addresses over 7 years.
Whois History: **28 records** have been archived since 2005-07-12 .
Reverse IP: **54 other sites** hosted on this server.

Ⓜ **Monitor This Domain Name**

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop!   **Download Now>**



Last checked January 13, 2012

Queue Screenshot for Update

You the smart one? Let us show you the job you dream of



GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50*

**Country TLDs    General TLDs**

Available domains for registration:

| | | |
|---|---|---|
| ☐ | BitTorret.at | Register |
| ☐ | BitTorret.be | Register |
| ☐ | BitTorret.ch | Register |
| ☐ | BitTorret.cn | Register |
| ☐ | BitTorret.co.uk | Register |
| ☐ | BitTorret.dk | Register |
| ☐ | BitTorret.es | Register |
| ☐ | BitTorret.eu | Register |
| ☐ | BitTorret.fr | Register |
| ☐ | BitTorret.in | Register |

**Register All Selected >**    **Show all (18) >**

```
Domain ID:D98214252-LROR
Domain Name:BITTORRET.ORG
Created On:30-May-2003 20:50:28 UTC
Last Updated On:31-May-2011 01:23:49 UTC
Expiration Date:30-May-2012 20:50:28 UTC
Sponsoring Registrar:PSI-USA, Inc. dba Domain Robot (R68-LROR)
Status:CLIENT TRANSFER PROHIBITED
Registrant ID:ABM-10402880
Registrant Name:Bittorrent Marketing GmbH
Registrant Organization:Bittorrent Marketing GmbH
Registrant Street1:Friedrichstrasse 200
Registrant Street2:
Registrant Street3:
Registrant City:Berlin
Registrant State/Province:Berlin
Registrant Postal Code:10117
Registrant Country:DE
Registrant Phone:+49.800932374
Registrant Phone Ext.:
Registrant FAX:+49.800932375
Registrant FAX Ext.:
Registrant Email:office@bittorrent.net
Admin ID:ABM-10402882
Admin Name:Harald Hochmann
Admin Organization:Bittorrent Marketing GmbH
Admin Street1:Friedrichstrasse 200
Admin Street2:
Admin Street3:
Admin City:Berlin
Admin State/Province:Berlin
Admin Country:DE
Admin Postal Code:10117
Admin Phone:+49.800932374
Admin Phone Ext.:
Admin FAX:+49.800932375
Admin FAX Ext.:
Admin Email:office@bittorrent.net
Tech ID:ABM-10402882
Tech Name:Harald Hochmann
Tech Organization:Bittorrent Marketing GmbH
Tech Street1:Friedrichstrasse 200
Tech Street2:
Tech Street3:
Tech City:Berlin
Tech State/Province:Berlin
```



```
Tech Postal Code:10117
Tech Country:DE
Tech Phone:+49.800932374
Tech Phone Ext.:
Tech FAX:+49.800932375
Tech FAX Ext.:
Tech Email:office@bittorrent.net
Name Server:NS2.BITTORRENT.NET
Name Server:NS1.BITTORRENT.NET
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
Name Server:
DNSSEC:Unsigned
```

Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   **Upgrade Your Account** | **Log out** | **Help**

**DomainTools**

| bittorrnet.de | Whois Search | **Search** |

**Marketplace**   **Sales History**   **Domain Search**   **Domain Suggestions**   **Domain Typo Finder**   **Bulk Check**   **Dropping Names**

## BitTorrNet.de Whois Record ✎

**Acquire this Domain Name**

Tweet   Like

Search Whois Records   bittorrnet.de   **Search**

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

**Related Domains For Sale or At Auction**

1  2  3  More >

Torrfo.com ($1,295)        TorrVieja.com ($500)        TorrNtMove.com ($720)
TorrantE.com ($480)        TorrenTita.com ($480)

**Reverse Whois:** "Bittorrent Marketing GmbH" owns about **54 other domains**
**Email Search:** office@bittorrent.net is associated with about 49 domains
**Whois History:** 28 records have been archived since 2008-12-07 .
**Reverse P:** 54 other sites hosted on this server.

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

```
Domain: bittorrnet.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-06-01T11:43:12+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

**Backorder This Domain**

**Add Missing Screenshot:**

**Queue Screenshot For Addition**

You the smart one? Let us show you the job you dream of

GRAB YOUR .ES .DOMAIN
FOR ONLY 5EUR / $7.50*

**Country TLDs**   **General TLDs**

Available domains for registration:

| BitTorrNet.at | Register |
| BitTorrNet.be | Register |
| BitTorrNet.ch | Register |
| BitTorrNet.cn | Register |
| BitTorrNet.co.uk | Register |
| BitTorrNet.dk | Register |
| BitTorrNet.es | Register |
| BitTorrNet.eu | Register |
| BitTorrNet.fr | Register |
| BitTorrNet.in | Register |

**Register All Selected >**   **Show all (18) >**

$99 / month
TRY SEOmoz FREE!

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help



| | | | |
|---|---|---|---|
| bitttorrent.com | | Whois Search | Search |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

## BiTtTorrent.com Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records  bitttorrent.com          Search

Whois Record    Site Profile    Registration    Server Stats    My Whois

### Whois Record

**Related Domains For Sale or At Auction**                    1  2  3  More >

InfoTorrent.com ($400)        GlobalTorrent.com ($1,888)      MainTorrent.com ($1,000)
HotTorrent.com ($980)         PublicTorrent.com ($350)        AceTorrent.com ($1,195)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 40 domains

Registrar History: 2 registrars
NS History: 2 changes on 3 unique name servers over 9 years.
IP History: 4 changes on 3 unique IP addresses over 8 years.
Whois History: 35 records have been archived since 2003-09-05 .
Reverse IP: 54 other sites hosted on this server.

♏ Monitor This Domain Name

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now>

```
domain:        bitttorrent.com
status:        LOCK
owner-c:       LULU-10402880
admin-c:       LULU-10402882
tech-c:        LULU-10402882
zone-c:        LULU-10402882
nserver:       ns1.bittorrent.net
nserver:       ns2.bittorrent.net
created:       2003-05-29 17:57:18
expire:        2012-05-29 17:57:18 (registry time)
changed:       2011-06-09 07:01:28

[owner-c] handle:     10402880
[owner-c] type:       ORG
[owner-c] title:
[owner-c] fname:      Bittorrent
[owner-c] lname:      Marketing GmbH
[owner-c] org:        Bittorrent Marketing GmbH
[owner-c] address:    Friedrichstrasse 200
[owner-c] city:       Berlin
[owner-c] pcode:      10117
[owner-c] country:    DE
[owner-c] state:      Berlin
[owner-c] phone:      +49-800-932374
[owner-c] fax:        +49-800-932375
[owner-c] email:      office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:     10402882
[admin-c] type:       PERSON
[admin-c] title:
[admin-c] fname:      Harald
[admin-c] lname:      Hochmann
[admin-c] org:        Bittorrent Marketing GmbH
[admin-c] address:    Friedrichstrasse 200
[admin-c] city:       Berlin
[admin-c] pcode:      10117
[admin-c] country:    DE
```



Last checked March 11, 2012

Queue Screenshot for Update

**You the smart one?** Let us show you the job you dream of



**GRAB YOUR .ES DOMAIN FOR ONLY 5 EUR / $7.50***

Country TLDs    General TLDs

Available domains for registration:

| | | |
|---|---|---|
| ▢ BiTtTorrent at | | Register |
| ▢ BiTtTorrent be | | Register |
| ▢ BiTtTorrent ch | | Register |
| ▢ BiTtTorrent cn | | Register |
| ▢ BiTtTorrent co.uk | | Register |
| ▢ BiTtTorrent dk | | Register |
| ▢ BiTtTorrent es | | Register |
| ▢ BiTtTorrent eu | | Register |
| ▢ BiTtTorrent fr | | Register |
| ▢ BiTtTorrent in | | Register |

Register All Selected >    Show all (18) >

```
[admin-c] state:           Berlin
[admin-c] phone:           +49-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
[admin-c] fax:             +49-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
[admin-c] email:           office@bittorrent.net
[admin-c] protection:      B
[admin-c] updated:         2011-10-31 06:11:10

[tech-c] handle:           10402882
[tech-c] type:             PERSON
[tech-c] title:
[tech-c] fname:            Harald
[tech-c] lname:            Hochmann
[tech-c] org:              Bittorrent Marketing GmbH
[tech-c] address:          Friedrichstrasse 200
[tech-c] city:             Berlin
[tech-c] pcode:            10117
[tech-c] country:          DE
[tech-c] state:            Berlin
[tech-c] phone:            +49-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
[tech-c] fax:              +49-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
[tech-c] email:            office@bittorrent.net
[tech-c] protection:       B
[tech-c] updated:          2011-10-31 06:11:10

[zone-c] handle:           10402882
[zone-c] type:             PERSON
[zone-c] title:
[zone-c] fname:            Harald
[zone-c] lname:            Hochmann
[zone-c] org:              Bittorrent Marketing GmbH
[zone-c] address:          Friedrichstrasse 200
[zone-c] city:             Berlin
[zone-c] pcode:            10117
[zone-c] country:          DE
[zone-c] state:            Berlin
[zone-c] phone:            +49-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
[zone-c] fax:              +49-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
[zone-c] email:            office@bittorrent.net
[zone-c] protection:       B
[zone-c] updated:          2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901    Upgrade Your Account | Log out | Help

**DomainTools**

| | | | | |
|---|---|---|---|---|
| btorrent.de | Whois Search | **Search** |

Overview    Whois Lookup    Reverse Whois    Whois History    Hosting History    Screenshot History    Name Server Report    Reverse IP    DNS Tools

# bTorrent.de Whois Record ✎

Acquire this Domain Name          Tweet    Like

Search Whois Records  btorrent.de          Search

**Add Missing Screenshot:**

Queue Screenshot For Addition

Whois Record    Site Profile    Registration    Server Stats    My Whois

You the smart one? Let us
show you the job you dream of

## Whois Record

**Related Domains For Sale or At Auction**                                    1  2  3  More >
InfoTorrent.com ($400)    GlobalTorrent.com ($1,888)    MainTorrent.com ($1,000)
HotTorrent.com ($980)     PublicTorrent.com ($350)      AceTorrent.com ($1,195)

GRAB YOUR .ES DOMAIN
FOR ONLY 5EUR ($7.50*)

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: **office@bittorrent.net** is associated with about 49 domains
Whois History: **20 records** have been archived since 2008-12-07 .
Reverse IP: **54 other sites** hosted on this server.

**Country TLDs    General TLDs**

Available domains for registration:

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop! **Download Now>**

| | |
|---|---|
| bTorrent.co.uk | Register |
| bTorrent.dk | Register |
| bTorrent.es | Register |
| bTorrent.eu | Register |
| bTorrent.fr | Register |
| bTorrent.in | Register |
| bTorrent.it | Register |
| bTorrent.io | Register |
| bTorrent.mx | Register |
| bTorrent.nl | Register |

Register All Selected >    Show all (13) >

```
Domain: btorrent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-06-10T13:15:15+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain



$99/month
TRY SEOmoz FREE!

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

**DomainTools**

| www-bittorrent.com | Whois Search | Search |

**Marketplace**   **Sales History**   **Domain Search**   **Domain Suggestions**   **Domain Typo Finder**   **Bulk Check**   **Dropping Names**

## Www-BitTorrent.com Whois Record

Acquire this Domain Name          Tweet    Like

Search Whois Records   www-bittorrent.com          Search

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

**Related Domains For Sale or At Auction**          ◄ 1 2 3 More ►

InfoTorrent.com ($400)       GlobalTorrent.com ($1,888)       MainTorrent.com ($1,000)
HotTorrent.com ($980)        PublicTorrent.com ($350)         AceTorrent.com ($1,195)

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: **office@bittorrent.net** is associated with about **49 domains**

Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
P History: **3 changes** on 3 unique IP addresses over 7 years.
Whois History: **30 records** have been archived since 2005-07-12 .
Reverse P: **54 other sites** hosted on this server.

**Monitor This Domain Name**

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  **Download Now**



Last checked February 03, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of



GRAB YOUR .DE DOMAIN
FOR ONLY 4EUR / $6.00*

**Country TLDs**   **General TLDs**

Available domains for registration:

| | |
|---|---|
| Www-BitTorrent .at | Register |
| Www-BitTorrent .be | Register |
| Www-BitTorrent .ch | Register |
| Www-BitTorrent .cn | Register |
| Www-BitTorrent .co.uk | Register |
| Www-BitTorrent .nl | Register |
| Www-BitTorrent .pl | Register |
| Www-BitTorrent .ru | Register |
| Www-BitTorrent .se | Register |
| Www-BitTorrent .tw | Register |

**Register All Selected >**

```
domain:               www-bittorrent.com
status:               LOCK
owner-c:              LULU-10402880
admin-c:              LULU-10402882
tech-c:               LULU-10402882
zone-c:               LULU-10402882
nserver:              ns1.bittorrent.net
nserver:              ns2.bittorrent.net
created:              2003-05-08 08:41:50
expire:               2013-05-08 08:41:50 (registry time)
changed:              2012-05-10 06:25:12

[owner-c] handle:     10402880
[owner-c] type:       ORG
[owner-c] title:
[owner-c] fname:      Bittorrent
[owner-c] lname:      Marketing GmbH
[owner-c] org:        Bittorrent Marketing GmbH
[owner-c] address:    Friedrichstrasse 200
[owner-c] city:       Berlin
[owner-c] pcode:      10117
[owner-c] country:    DE
[owner-c] state:      Berlin
[owner-c] phone:      +49-800-932374
[owner-c] fax:        +49-800-932375
[owner-c] email:      office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:     10402882
[admin-c] type:       PERSON
[admin-c] title:
[admin-c] fname:      Harald
[admin-c] lname:      Hochmann
[admin-c] org:        Bittorrent Marketing GmbH
[admin-c] address:    Friedrichstrasse 200
[admin-c] city:       Berlin
[admin-c] pcode:      10117
[admin-c] country:    DE
```



```
[admin-c] state:         Berlin
[admin-c] phone:         +49-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
[admin-c] fax:           +49-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
[admin-c] email:         office@bittorrent.net

[admin-c] protection:    B
[admin-c] updated:       2011-10-31 06:11:10

[tech-c] handle:         10402882
[tech-c] type:           PERSON
[tech-c] title:
[tech-c] fname:          Harald
[tech-c] lname:          Hochmann
[tech-c] org:            Bittorrent Marketing GmbH
[tech-c] address:        Friedrichstrasse 200
[tech-c] city:           Berlin
[tech-c] pcode:          10117
[tech-c] country:        DE
[tech-c] state:          Berlin
[tech-c] phone:          +49-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
[tech-c] fax:            +49-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
[tech-c] email:          office@bittorrent.net

[tech-c] protection:     B
[tech-c] updated:        2011-10-31 06:11:10

[zone-c] handle:         10402882
[zone-c] type:           PERSON
[zone-c] title:
[zone-c] fname:          Harald
[zone-c] lname:          Hochmann
[zone-c] org:            Bittorrent Marketing GmbH
[zone-c] address:        Friedrichstrasse 200
[zone-c] city:           Berlin
[zone-c] pcode:          10117
[zone-c] country:        DE
[zone-c] state:          Berlin
[zone-c] phone:          +49-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
[zone-c] fax:            +49-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
[zone-c] email:          office@bittorrent.net

[zone-c] protection:     B
[zone-c] updated:        2011-10-31 06:11:10
```



Backorder This Domain

**Whois Directory**

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.

Available on the
App Store

You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

# DomainTools

| www-bittorrent.de | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## Www-BitTorrent.de Whois Record

Acquire this Domain Name            Tweet    Like

**Add Missing Screenshot:**
Queue Screenshot For Addition

Search Whois Records  www-bittorrent.de        Search

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**          1 2 3 More ►
InfoTorrent.com ($400)     GlobalTorrent.com ($1,888)   MainTorrent.com ($1,000)
HotTorrent.com ($980)      PublicTorrent.com ($350)     AceTorrent.com ($1,195)

Reverse Whois: "Bittorrent Marketing GmbH" owns about 54 other domains
Email Search: office@bittorrent.net is associated with about 49 domains
Whois History: 29 records have been archived since 2008-12-22 .
Reverse IP: 54 other sites hosted on this server.

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own desktop! Download Now►

```
Domain: www-bittorrent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-07-17T15:27:59+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net
Changed: 2011-01-05T16:57:22+01:00
```

Backorder This Domain

You the smart one? Let us show you the job you dream of

GRAB YOUR .ES DOMAIN FOR ONLY 5EUR / $7.50*

Country TLDs   General TLDs
Available domains for registration:
Www-BitTorrent at — Register
Www-BitTorrent be — Register
Www-BitTorrent ch — Register
Www-BitTorrent cn — Register
Www-BitTorrent co.uk — Register
Www-BitTorrent dk — Register
Www-BitTorrent es — Register
Www-BitTorrent eu — Register
Www-BitTorrent fr — Register
Www-BitTorrent in — Register
Register All Selected >   Show all (18) >

TRY SEOmoz FREE!

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC. All rights reserved.

of 2                                        5/16/2012 11:08 AM



You are logged in as gavincharleston_1901   Upgrade Your Account | Log out | Help

 **DomainTools**

| wwwbittorrent.com | Whois Search | **Search** |

Overview   Whois Lookup   Reverse Whois   Whois History   Hosting History   Screenshot History   Name Server Report   Reverse IP   DNS Tools

## WwwBitTorrent.com Whois Record ✎

Acquire this Domain Name   **Tweet   Like**

Search Whois Records   wwwbittorrent.com   **Search**

Whois Record   Site Profile   Registration   Server Stats   My Whois

### Whois Record

**Related Domains For Sale or At Auction**   1 2 3 More >

TorrentStar.com ($1,195)   HotTorrent.com ($980)   CashTorrent.com ($1,095)
GlobalTorrent.com ($1,888)   TorrentData.com ($1,888)   ForumTorrent.com ($1,595)

Reverse Whois: "Bittorrent Marketing GmbH" owns about **54 other domains**
Email Search: office@bittorrent.net is associated with about 49 domains

Registrar History: **2 registrars**
NS History: **2 changes** on 3 unique name servers over 9 years.
P History: **2 changes** on 2 unique IP addresses over 7 years.
Whois History: **39 records** have been archived since 2005-07-12 .
Reverse P: **676 other sites** hosted on this server.

Ⓜ Monitor This Domain Name





Last checked April 19, 2012

Queue Screenshot for Update

You the smart one? Let us
show you the job you dream of

```
domain:            wwwbittorrent.com
status:            LOCK
owner-c:           LULU-10402880
admin-c:           LULU-10402882
tech-c:            LULU-10402882
zone-c:            LULU-10402882
nserver:           ns1.bittorrent.net
nserver:           ns2.bittorrent.net
created:           2003-04-17 17:29:32
expire:            2013-04-17 17:29:32 (registry time)
changed:           2012-04-19 06:27:42

[owner-c] handle:  10402880
[owner-c] type:    ORG
[owner-c] title:
[owner-c] fname:   Bittorrent
[owner-c] lname:   Marketing GmbH
[owner-c] org:     Bittorrent Marketing GmbH
[owner-c] address: Friedrichstrasse 200
[owner-c] city:    Berlin
[owner-c] poode:   10117
[owner-c] country: DE
[owner-c] state:   Berlin
[owner-c] phone:   +49-800-932374
[owner-c] fax:     +49-800-932375
[owner-c] email:   office@bittorrent.net

[owner-c] protection: A
[owner-c] updated:    2011-10-31 06:11:08

[admin-c] handle:  10402882
[admin-c] type:    PERSON
[admin-c] title:
[admin-c] fname:   Harald
[admin-c] lname:   Hochmann
[admin-c] org:     Bittorrent Marketing GmbH
[admin-c] address: Friedrichstrasse 200
[admin-c] city:    Berlin
[admin-c] poode:   10117
[admin-c] country: DE
```


GRAB YOUR .DE DOMAIN
FOR ONLY 4EUR / $6.00

**Country TLDs   General TLDs**

Available domains for registration:

WwwBitTorrent at   Register
WwwBitTorrent be   Register
WwwBitTorrent ch   Register
WwwBitTorrent cn   Register
WwwBitTorrent co.uk   Register
WwwBitTorrent dk   Register
WwwBitTorrent es   Register
WwwBitTorrent eu   Register
WwwBitTorrent fr   Register
WwwBitTorrent in   Register

Register All Selected >   Show all (18) >

```
[admin-c] state:           Berlin
[admin-c] phone:           +49-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
[admin-c] fax:             +49-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
[admin-c] email:           office@bittorrent.net

[admin-c] protection:      B
[admin-c] updated:         2011-10-31 06:11:10

[tech-c] handle:           10402882
[tech-c] type:             PERSON
[tech-c] title:
[tech-c] fname:            Harald
[tech-c] lname:            Hochmann
[tech-c] org:              Bittorrent Marketing GmbH
[tech-c] address:          Friedrichstrasse 200
[tech-c] city:             Berlin
[tech-c] pcode:            10117
[tech-c] country:          DE
[tech-c] state:            Berlin
[tech-c] phone:            +49-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
[tech-c] fax:              +49-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
[tech-c] email:            office@bittorrent.net

[tech-c] protection:       B
[tech-c] updated:          2011-10-31 06:11:10

[zone-c] handle:           10402882
[zone-c] type:             PERSON
[zone-c] title:
[zone-c] fname:            Harald
[zone-c] lname:            Hochmann
[zone-c] org:              Bittorrent Marketing GmbH
[zone-c] address:          Friedrichstrasse 200
[zone-c] city:             Berlin
[zone-c] pcode:            10117
[zone-c] country:          DE
[zone-c] state:            Berlin
[zone-c] phone:            +49-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
[zone-c] fax:              +49-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
[zone-c] email:            office@bittorrent.net

[zone-c] protection:       B
[zone-c] updated:          2011-10-31 06:11:10
```



Backorder This Domain

Whois Directory

a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships  |  Developer API  |  About Us  |  Blog  |  Desktop Tools  |  Terms of Service  |  Privacy  |  Support  |  Careers  |  Contact Us  |  Site Map

© 2012 DomainTools, LLC All rights reserved.





You are logged in as gavincharleston_1901   **Upgrade Your Account** | **Log out** | **Help**

**DomainTools**

| wwwbittorrent.de | Whois Search | Search |

**Overview**   **Whois Lookup**   **Reverse Whois**   **Whois History**   **Whois History**   **Hosting History**   **Screenshot History**   **Name Server Report**   **Reverse IP**   **DNS Tools**

## WwwBitTorrent.de Whois Record ✎

Acquire this Domain Name                    Tweet    Like

**Add Missing Screenshot:**

Search Whois Records  wwwbittorrent.de          Search

Queue Screenshot For Addition

**Whois Record**   **Site Profile**   **Registration**   **Server Stats**   **My Whois**

### Whois Record

You the smart one? Let us
show you the job you dream of

**Related Domains For Sale or At Auction**                1  2  3  More >

TorrentStar.com ($1,195)    HotTorrent.com ($980)      CashTorrent.com ($1,095)
GlobalTorrent.com ($1,888)  TorrentData.com ($1,688)   ForumTorrent.com ($1,595)


GRAB YOUR .DE-DOMAIN
FOR ONLY 1EUR // $6.00*

Reverse Whois: "Bittorrent Marketing GmbH" owns about  54 other domains
Email Search: office@bittorrent.net  is associated with about 49 domains

Whois History: 20 records have been archived since 2006-12-24 .
Reverse IP:  54 other sites hosted on this server.

**Country TLDs**    **General TLDs**

Available domains for registration:

Domain Monitor supports .com, .net, .org, .biz, .info, and .us domains

**DomainTools for Windows®**
Now you can access domain ownership records anytime, anywhere... right from your own
desktop!  Download Now>

| WwwBitTorrent **at** | Register |
| WwwBitTorrent **be** | Register |
| WwwBitTorrent **ch** | Register |
| WwwBitTorrent **cn** | Register |
| WwwBitTorrent **co.uk** | Register |
| WwwBitTorrent **dk** | Register |
| WwwBitTorrent **es** | Register |
| WwwBitTorrent **eu** | Register |
| WwwBitTorrent **fr** | Register |
| WwwBitTorrent **in** | Register |

```
Domain: wwwbittorrent.de
Nserver: ns1.bittorrent.net
Nserver: ns2.bittorrent.net
Status: connect
Changed: 2009-07-17T15:28:47+02:00

[Tech-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00

[Zone-C]
Type: PERSON
Name: Harald Hochmann
Organisation: Bittorrent Marketing GmbH
Address: Friedrichstrasse 200
PostalCode: 10117
City: Berlin
CountryCode: DE
Phone: +49-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
Fax: +49-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
Email: office@bittorrent.net

Changed: 2011-01-05T16:57:22+01:00
```

**Register All Selected >**    **Show all (18) >**


TRY SEOmoz FREE!

Backorder This Domain

**Whois Directory**
a b c d e f g h i j k l m n o p q r s t u v w x y z 0 1 2 3 4 5 6 7 8 9

Memberships | Developer API | About Us | Blog | Desktop Tools | Terms of Service | Privacy | Support | Careers | Contact Us | Site Map

© 2012 DomainTools, LLC All rights reserved.



**EXHIBIT C**

EXHIBIT C

Bittorrent net

 **BITTORRENT**.net

| STARTSEITE | ONLINE SHOP | REISEN | WITZE | SPRÜCHE | REZEPTE |

**Willkommen**

Bittorrent.net - Ihr Web-Portal.
Ihr einfacher Einstieg in die
Welt des Internet.

Newsletter abonnieren:

[ Anmelden ]

🔍 [                    ]   [ Submit ]

### ☰ ONLINE-SHOP

Über 4 Mio. Produkte in mehr
als 20.000 Kategorien. Filme,
Musik, Software, Lizenzen,
Elektronik & Foto, Bücher,...

mehr ➡

### ☰ DOWNLOAD CENTER



The Best Place to Download
Music, Movies & Games!
250 times faster!
Unlimited Free Downloads!

more ➡

### ☰ FREE LIVE TV ON PC

Over 3000 TV channels!
Watch anytime you want.
No extra Hardware,
no TV card required!



more ➡

### ☰ IHR KINO ZU HAUSE

Filme, Serien, Comedy,
Kids & Sport. Wann immer
Sie wollen! Per DSL auf Ihren
PC oder Fernseher.

mehr ➡

© 2002-2012 Bittorrent Marketing GmbH - Alle Rechte reserviert   | zu Favoriten hinzufügen | Impressum