United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| BITTORRENT, INC., | ) | Case No.: 5:12-CV-02525 EJD |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER CONTINUING CASE MANAGEMENT CONFERNCE** |
| v. | ) ) | |
| BITTORRENT MARKETING GMBH, | ) ) | |
| Defendant. | ) ) ) | |

The above-entitled action is scheduled for a Case Management Conference on February 15, 2013. In light of Plaintiff's Motion to Continue the Case Management Conference, (see Docket Item No. 15), the Court finds an appearance unnecessary at this time. Accordingly, the Court continues the Case Management Conference to May 10, 2013 at 10:00 a.m. The parties shall file a joint case management statement by May 3, 2013.

**IT IS SO ORDERED.**

Dated: February 12, 2013

_____
EDWARD J. DAVILA
United States District Judge

1

Case No.: 5:12-CV-02525 EJD
ORDER CONTINUING CASE MANAGEMENT CONFERNCE