IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BITTORRENT INC, <br><br> Plaintiff, <br> v. <br> BITTORRENT MARKETING GMBH, <br><br> Defendant. | CASE NO. 5:12-CV-02525-EJD <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The above-entitled action is scheduled for a Case Management Conference on May 10, 2013. In light of Plaintiff's Fourth Motion to Continue the Case Management Conference and Associated Deadlines, (see Docket Item No. 19), the Court finds an appearance unnecessary at this time. Accordingly, the Court CONTINUES the Case Management Conference to August 9, 2013 at 10:00 a.m. The parties shall file their Joint Case Management Statement no later than August 2, 2013.

**IT IS SO ORDERED.**

Dated: May 6, 2013

_____
EDWARD J. DAVILA
United States District Judge