1    COOLEY LLP
     JOHN W. CRITTENDEN (101634) (jcrittenden@cooley.com)
2    JOHN PAUL OLEKSIUK (283396) (jpo@cooley.com)
     101 California Street, 5th Floor
3    San Francisco, CA  94111-5800
     Telephone:  (415) 693-2000
4    Facsimile:  (415) 693-2222

5    Attorneys for Plaintiff
     BitTorrent, Inc.

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   BITTORRENT, INC., a California          Case No.  5:12–CV–2525 (EJD)
     corporation,
13                                           [PROPOSED] ORDER ON
                                             BITTORRENT, INC.'S
14                    Plaintiff,             ADMINISTRATIVE MOTION FOR
                                             SUBSTITUTED SERVICE OF
15          v.                               SUMMONS AND COMPLAINT

16   BITTORRENT MARKETING GMBH, a
     limited liability company organized under
17   the laws of Germany,

18                    Defendant.

19

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

BITTORRENT v. BITTORRENT MKTG
CASE NO.  5:12-CV-2525 (EJD)

1.

[PROPOSED] ORDER ON BITTORRENT, INC.'S
ADMINISTRATIVE MOTION FOR SUBSTITUTED
SERVICE OF SUMMONS AND COMPLAINT

1   Plaintiff BitTorrent, Inc. filed an Administrative Motion for Substituted Service of

2   Summons and Complaint on October 15, 2013 in the above-captioned matter.  After considering

3   the moving papers, arguments of counsel, and all other matters presented to the Court, and there

4   being good cause for the motion, IT IS HEREBY ORDERED that:

5       1.     Plaintiff BitTorrent, Inc.'s Administrative Motion is hereby GRANTED;

6       2.     Plaintiff BitTorrent, Inc. shall have until December 2, 2013                    to

7   effect substituted service personally upon German counsel for Defendant Bittorrent Marketing

8   GmbH, Christoph Hoppe, of the Summons and Complaint and all other documents required under

9   the Local Rules of this Court to be served upon the Defendant in connection with the Complaint,

10  in both English and German, at the following addressses:

11      Christoph Hoppe

12      Kreuzkamp & Partner

13      Ludenberger Straße 1A

14      40629 Düsseldorf Germany

15      3.     Upon delivery of the Summons and Complaint and said other documents to

16  German counsel Christoph Hoppe as specified above, Defendant Bittorrent Marketing GmbH

17  shall have twenty-one (21) days to answer or otherwise move in response to the Complaint in this

18  matter.

19      4.     The Case Management Conference currently scheduled for November 8, 2013 is

20  continued to January 31, 2014, at 10:00 a.m.  The parties shall file a Joint Case Management Statement on or before January 24, 2014.

21  Dated: _____October 29_____, 2013

23  _____

24      The Honorable Edward J. Davila
        UNITED STATES DISTRICT JUDGE

26  868088 v3/SD

Cooley LLP
Attorneys At Law
San Francisco

BITTORRENT v. BITTORRENT MKTG
Case No.  5:12-cv-2525 (EJD)

2.

[Proposed] Order on BitTorrent, Inc.'s
Administrative Motion for Substituted
Service of Summons and Complaint