COOLEY LLP
JOHN W. CRITTENDEN (101634)
(jcrittenden@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:      (415) 693-2222

JOHN PAUL OLEKSIUK (283396)
(jpo@cooley.com)
1333 2nd Street, Suite 400
Santa Monica, CA  90401
Telephone:     (310) 883-6400
Facsimile:      (310) 883-6500

Attorneys for Plaintiff
BitTorrent, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BITTORRENT, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BITTORRENT MARKETING GMBH, a limited liability company organized under the laws of Germany,<br><br>Defendant. | Case No.  CV 12-2525 BLF<br><br>**DECLARATION OF JOHN PAUL OLEKSIUK IN SUPPORT OF SEPARATE CASE MANAGEMENT STATEMENT** |

I, John Paul Oleksiuk, declare as follows:

**1.** I am an attorney with the law firm of Cooley LLP, counsel in this action for Plaintiff BitTorrent, Inc. ("BitTorrent" or "Plaintiff"). I have personal knowledge of the facts contained within this declaration, and if called as a witness, could testify competently to the matters contained herein. I make this declaration in support of Plaintiff's Separate Case Management Statement.

**2.** On April 30, 2014, I entered in an Internet browser the web address

www.bitorrent.com, a typosquatting variant of BitTorrent's name that is one of the domain names alleged to be under the control of BitTorrent Marketing GmbH ("Defendant") in the Complaint.

**3.** The web address www.bitorrent.com redirected my Internet browser to www.bittorrent.eu, another domain name referred to in the Complaint. A true and correct copy of the website I viewed at www.bittorrent.eu on April 30, 2014 is attached hereto as Exhibit A.

**4.** The website available at www.bittorrent.eu contains commentary on the present lawsuit attributed on the website to Harald Hochmann, Managing Director & Owner of Bittorrent Marketing GmbH. The website commentary includes a reference to the April 17, 2014 Order Reassigning Case. *See* Exhibit A.

**5.** By an email dated April 29, 2014 (Pacific Daylight Time), Cooley LLP unsuccessfully sought cooperation from Defendant by contacting Christoph Hoppe, the German attorney representing Defendant in other matters upon whom substituted service was permitted, as well as Defendant directly at its office@bittorrent.eu email address. A true and correct copy of the email dated April 29, 2014 (Pacific Daylight Time) and the response from Mr. Hoppe on April 30, 2014 (Pacific Daylight Time) is attached hereto as Exhibit B.

**6.** In his reply email, Mr. Hoppe responded by requesting that BitTorrent "refrain from sending [him] any further communications regarding this matter." *See* Exhibit B. No other response from Mr. Hoppe or Defendant was received.

**7.** As set forth in detail in BitTorrent's April 8, 2014 Request for Entry of Default Against Defendant Bittorrent Marketing GmbH (Dkt. 33), Defendant has changed its address three times since the current lawsuit commenced, in an apparent effort to evade service.

**8.** After substituted service was accomplished by service personally upon Mr. Hoppe via email and FedEx Overnight Mail, Mr. Hoppe apparently returned the Complaint and Summons to the Court by letter dated April 9, 2014. *See* Letter of C. Hoppe, Dkt. 36.

**9.** Defendant has thereby exhibited an unwillingness to cooperate in filing a Joint Case Management Statement.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

106598465 v1

2.

OLEKSIUK DECL. ISO
SEPARATE CASE MANAGEMENT STATEMENT
CV 12-2525 BLF

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on May 1, 2014 in Santa Monica, California.

*/s/ John Paul Oleksiuk*
John Paul Oleksiuk

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

106598465 v1

3.

OLEKSIUK DECL. ISO
SEPARATE CASE MANAGEMENT STATEMENT
CV 12-2525 BLF