# EXHIBIT A



# RECHTSSTREIT / LAWSUIT

## Bittorrent Marketing GmbH vs. BitTorrent, Inc.

## 2005 - 2014

### Stellungnahme / Statement (incl. Updates)

### Deutsch (Original documents) | English (translation)

| | |
|---|---|
| 10. April 2014 | Initial release of Statement regarding Case 3:12-cv-02525-NC |
| | UPDATES: |
| 14. April 2014 | Letter from German Counsel Hoppe to Judge Davila |
| 15. April 2014 | Clerks Notice ENTRY OF DEFAULT |
| 17. April 2014 | Case reassigned to the Honorable Beth Labson Freeman |
| 17. April 2014 | Case Assigned to Magistrate Judge Howard R. Lloyd for all discovery matters |

**Impressum | Contact us**